DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David H. Knapp
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone:  (907)269-5190
Fax:  (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SARAH T. HANSON and MARLENE LESLIE | ) |
| | ) |
| Defendants. | ) |
| | ) Case No. |
| | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 and § 1446, defendants Sarah T. Hanson and Marlene Leslie, through counsel, notify the Court of the removal of an action from state court.  Removal is based on the following:

1.   In June 2005, plaintiff filed civil case *Denali P. Malloy v. State of Alaska Department of Health and Social Services, Sarah Teaford and John Doe Teaford, husband and wife, Marlene Leslie and John Doe Leslie, husband and wife*, Case No. 3AN-

05-9276 CI, in Superior Court, for the State of Alaska, Third Judicial District. The original complaint alleged state law claims against the State of Alaska and state residents, and thus no part of the action was removable to federal court. A copy of the original complaint is attached hereto as Exhibit A.

2.  On February 2, 2006, plaintiff filed an amended complaint in state court, styled: *Denali P. Malloy v. State of Alaska Department of Health and Social Services, and its Commissioner; and Karen Purdue; Sarah T. Hanson; and the Supervisor of Sarah T. Hanson; and Karen Mason; and Marlene Leslie,* Case No. 3AN-05-9276 CI. In addition to naming new parties, the amended complaint alleged a new claim for relief under 42 U.S.C. § 1983 for violation of plaintiff's civil rights (Count IV). A copy of the amended complaint is attached hereto as Exhibit B.

3.  Pursuant to 28 U.S.C. § 1331 this Court has original jurisdiction over claims brought under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1441(c) this Court has supplemental jurisdiction over state law claims in the same action.

4.  Removal is timely under 28 U.S.C. § 1446(b). The amended complaint was mailed to defendants' counsel on February 3, 2006, and was received by defendants' counsel on February 7, 2006. Thus, less than thirty (30) days has elapsed since receipt of the amended complaint and notice of the federal claim.

5.  Claims against the State of Alaska, its agencies and officials in an official capacity cannot be removed because the State has not waived its Eleventh Amendment immunity. *See Confederated Tribes & Bands of the Yakima Indian Nation v.*

*Locke*, 176 F.3d 467 (9th Cir. 1999).

      6.    Claims against Karen Perdue and Karen Mason, named defendants in the state court action, cannot be removed at this time because neither individual has requested representation by the Office of the Attorney General (it is not clear that either has been served with a summons and complaint).

      7.    A Notice of Filing Removal of a Civil Action, together with a copy of this Notice of Removal will be filed this day with the Clerk of Trial Courts, Third Judicial District, State of Alaska. Written notice of the filings will also be served on plaintiff's counsel.

DATED this 3rd day of March, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/ David H. Knapp
      Assistant Attorney General
      Office of the Attorney General
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Phone: (907) 269-5190
      Fax:   (907) 258-0760
      Dave_Knapp@law.state.ak.us
      TWC_ECF@law.state.ak.us
      Alaska Bar No. 8511169

This is to certify that on this date, a copy of the Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004


s/ David H. Knapp  3/3/06