DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David H. Knapp
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY, <br><br>           Plaintiff, <br><br>     v. <br><br> STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER; and KAREN PERDUE; SARAH T. HANSON; and the SUPERVISOR OF SARAH T. HANSON; and KAREN MASON; and MARLENE LESLIE, <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-CV-00052 TMB |

**NOTICE TO COURT**

To assure compliance with Federal Rule of Civil Procedure 81(c), defendants Hanson and Leslie are filing their answers to plaintiff's amended complaint before copies of all the state court records could be filed. However, a copy of plaintiff's amended complaint

was previously filed as Exhibit B to defendants' Notice of Removal.

DATED this 10th day of March, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/ David H. Knapp
      Assistant Attorney General
      Office of the Attorney General
      1031 W. 4th Ave., Ste. 200
      Anchorage, AK 99501
      Phone: (907) 269-5190
      Fax:   (907) 258-0760
      Dave_Knapp@law.state.ak.us
      TWC_ECF@law.state.ak.us
      Alaska Bar No. 8511169

This is to certify that on this date, a copy of the
Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004


s/ David H. Knapp  3/10/06