IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY,

    Plaintiff,

vs.

SOA DEPARTMENT OF HEALTH
AND SOCIAL SERVICES, ET AL.,

    Defendants.

Case No. 3AN- 05-9276CI

## AMENDED ROUTINE PRETRIAL ORDER

Pursuant to the Uniform Pretrial Order "UPO"; Administrative Order 3AO-03-04 this Court hereby issues the Routine Pretrial Order in this case.

### Trial Date

Trial will commence at 8:30 A.M. on     January 16, 2007    .

### Trial Length/Division

The trial will last __5__ trial days, divided between the parties as follows: Plaintiff __2.5__ trial days and Defendant __2.5__ trial days. The trial day allocation includes each parties' jury selection, opening statement, witness examination (including cross-examination of other parties' witnesses) and closing statement.

### Jury

A jury trial __has__ been timely requested by a party. The jury will consist of __12__ persons and __2__ alternates.

3AN-137CIV
Routine Pretrial Order
Case No.    05-9276CI
Page 1 of 3

**RECEIVED**

JAN 1 3 2006

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

## Summary of Pretrial Deadlines

The following is a _summary_ of the deadlines imposed by the Routine Pretrial Order. The parties and their attorneys are responsible for reading and following the Alaska Civil Rules and the UPO, which contain the detailed requirements associated with these deadlines. The dates listed are based on the forgoing trial date. These dates remain the same even if the actual trial date changes, unless otherwise ordered by this Court.

| | |
|---|---|
| **Move to Amend RPO** | February 25, 2006 |
| **Amend Pleadings and Join Parties without Motion** | January 26, 2006 |
| **Preliminary Witness Lists** | August 15, 2006 |
| **Retained Expert ID** | August 15, 2006 |
| **Supplemental Retained Expert ID** | August 29, 2006 |
| **Final Date to Serve Written Discovery** | September 12, 2006 |
| **Join Specifically Identified Potentially Responsible Persons and Determine whether a Sufficient Opportunity to Join is Lacking** | September 12, 2006 |
| **Other Expert Opinion Testimony Summary** | September 19, 2006 |
| **Retained Expert Reports** | September 26, 2006 |
| **Final Date to Depose Lay Witnesses** | October 24, 2006 |
| **Dispositive and Rule of Law Motions** | October 24, 2006 |
| **Motions Re Expert Opinion Evidence** | November 21, 2006 |
| **Final Date to Depose Expert Witnesses** | November 21, 2006 |
| **Discovery Motions** | November 21, 2006 |

| | |
|---|---|
| Deposition/Telephonic Designations | December 5, 2006 |
| Deposition Objections/ Counter - Designations | December 12, 2006 |
| Other Motions | December 19, 2006 |
| Deposition Counter - Designation Objections | December 19, 2006 |
| Serve Jury Instructions/Exhibits | December 19, 2006 |
| Meet Re Jury Instructions/Exhibits | December 26, 2006 |
| Trial Briefs | January 2, 2007 |
| Objections Re Jury Instructions/Exhibits | January 2, 2007 |
| Plaintiff's Final Witness List | January 2, 2007 |
| Defendant's Final Witness List | January 6, 2007 |
| File Jury Instructions | January 9, 2007 |
| Pretrial Conference | January 5, 2007 at 2:30 p.m. |
| File Joint Exhibit List With Clerk | January 16, 2007 |

Dated at Anchorage, Alaska this __13th__ day of __January, 2006__

_____
Mark Rindner
Superior Court Judge

I certify that on __1-13-06__ a copy of the above order was mailed to each of the following at their addresses of record:
C.K. Denny         D. Knapp

_____
Administrative Assistant