IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DENALI P. MALLOY

                Plaintiff(s),

vs.

STATE OF ALASKA-DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER, and KAREN PERDUE; SARAH T. HANSEN and the SUPERVISOR OF SARAH T. HANSEN; KAREN MASON and MARLENE LESLIE

                Defendant(s).

CASE NO. 3AN- 05-9276 CI

**AMENDED** SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: KAREN PERDUE

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, C. Kay Denny, Attorney, whose address is: 310 K Street, Suite 200, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Bindner
and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

2/17/06
Date

By: K. Ellis
Deputy Clerk

FEB 16 2006

I certify that on 2/17/06 a copy of this Summons was [ ] mailed [X] given to
[ ] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk KE

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55