IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

)
)
)
DENALI P. MALLOY )
_____ )
Plaintiff(s), )
)
VS. )
STATE OF ALASKA-DEPARTMENT OF HEALTH AND SOCIAL )
SERVICES, and its COMMISSIONER, and KAREN PERDUE; )
SARAH T. HANSEN and the SUPERVISOR OF SARAH T. )
HANSEN; KAREN MASON and MARLENE LESLIE )
_____ )
)
Defendant(s). )
_____ )
)

CASE NO. 3AN- 05-9276 CI

**AMENDED** SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: _SUPERVISOR OF SARAH T. HANSEN (TO BE NAMED LATER)_

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, _C. Kay Denny, Attorney_, whose address is: _310 K Street, Suite 200, Anchorage, AK 99501_.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge _Rindner_
and Master _____.

[ ] This case has been assigned to District Court Judge _____

CLERK OF COURT

_2/17/06_
Date

By: _K. Ellis_
Deputy Clerk

I certify that on _2/17/06_ a copy of this Summons was [ ] mailed [X] given to
[X] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _LE_

FEB 16 2006

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55