IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA DEPARTMENT ) <br> OF HEALTH AND SOCIAL SERVICES) <br> SARAH TEAFORD AND JOHN DOE ) <br> TEAFORD, husband and wife, ) <br> MARLENE LESLIE AND JOHN DOE ) <br> LESLIE, husband and wife, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3AN-05-9276 CI |

**LIMITED ENTRY OF APPEARANCE**

Please take notice that David H. Knapp, Assistant Attorney General, Department of Law, 1031 West Fourth Avenue, Suite 200, Anchorage, AK 99501, Telephone: (907) 269-5190, hereby enters his appearance in the above-captioned matter for the limited purpose of providing a point of contact for all of the defendants while matters relating to the complaint are addressed between counsel.

Copies of all notices, motions and pleadings should be sent to the address referenced above.

DATED this 17th day of August, 2005, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
David H. Knapp
Assistant Attorney General
Alaska Bar No. 8511169

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1

2   This is to certify that on this date, a copy of the
    foregoing is being mailed to:

3

4   Carmen Kay Denny
    310 K Street, Suite 200
    Anchorage, AK  99501

5

6   Donald D. Cook
    800 Bellevue Way NE, Suite 400
    Bellevue, WA  98004

7

8   *Patricia Runyan* 8/17/05
    Patricia Runyan            Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Lmtd. EOA
*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 2