IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI MALLOY, a single woman )
       Plaintiff, )
)
Vs. )
)
)
)
STATE OF ALASKA, DEPARTMENT OF )
HEALTH AND SOCIAL SERVICES, et. al., )
       Defendant. )
) Case No. 3AN-05-9276 CI

RECEIVED
DEC 0 8 2005
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

## MOTION FOR ORDER ALLOWING INSPECTION

COMES NOW Plaintiff, by and through undersigned counsel, and hereby requests that this court order the State of Alaska to produce files and documents relating to the case of Plaintiff and the licensing of James Eller and/or any other persons who provided foster care to Plaintiff. Such inspection will take place at a location to be designated by the State of Alaska and Plaintiff agrees to be bound by reasonable safeguards to preserve the privacy of the parties and confidentiality requirements of such records.

This Motion is made pursuant to ARCP 34 and 37 and is supported by the affidavit of counsel attached hereto.

DATED this 6th day of December 2005.

_____
C. Kay Denny, ABA#: 0211042
Attorney for Plaintiff

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI MALLOY, a single woman )
        Plaintiff, )
)
Vs. )
)
)
STATE OF ALASKA, DEPARTMENT OF )
HEALTH AND SOCIAL SERVICES, et. al., )
        Defendant. )
) Case No. 3AN-05-9276 CI

### AFFIDAVIT OF C. KAY DENNY

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

Having been duly sworn upon her oath, C. Kay Denny, hereby deposes and states as follows:

1. I am co-counsel for Plaintiff in the above captioned proceeding. I have personal knowledge of the facts set forth below.
2. This matter was filed in June of 2005. No Answer has yet been filed and no discovery has been done.
3. Assistant Attorney General, David Knapp, has suggested that this office review the files of DHS in support of his contention that Plaintiff's case is without merit and should be dismissed.
4. In order for such review to take place, the court must grant the Motion for Inspection in light of the fact the files are otherwise protected.
5. Accordingly, good cause exists to grant Plaintiff's Motion for Inspection.

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                                                                        C. Kay Denny

SUBSCRIBED AND SWORN to before me this ___ day of December, 05 at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 4-7-09

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

## ORDER

IT IS SO ORDERED. The State of Alaska shall produce all documents relating to the case of Plaintiff and the licensing of James Eller and/or any other persons who provided foster care to Plaintiff for inspection by Plaintiff's counsel or authorized representative within 10 days of this order.

ENTERED this ____ day of December 2005.

_____
Superior Court Judge

**Certificate of Service**

I hereby certify that a copy of the foregoing was served on December 7, 2005 by hand/mail/fax upon:

Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

_/s/_____
Mike Thomas

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121