IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman, )
        Plaintiff, )
   v. )
STATE OF ALASKA DEPARTMENT OF )
HEALTH AND SOCIAL SERVICES, )
SARAH T. HANSON, )
AND MARLENE LESLIE )
        Defendants. )
_____ )
                                   CASE NO. 3 AN 05- 9276 Ci

## MOTION AND MEMORANDUM TO RECONSIDER ROUTINE PRETRIAL ORDER

    Plaintiff Denali Malloy, by and through counsel, C. Kay Denny, now files her Motion to Reconsider this court's Routine Pretrial Order, dated December 30, 2005. This motion is filed pursuant to Civil Rule 77(k)(1)(ii) and supported by the attached Exhibit 1.

    This court overlooked the fact that plaintiff <u>did</u> ask for a jury trial in her Complaint for Personal Injury, p. 9 of 10, filed with this court on or about June 30, 2005. (Exhibit 1.) Plaintiff's request was therefore timely. Plaintiff believes that this oversight may be material and result in prejudice to her case.

    Plaintiff asks this court to reconsider and issue an amended routine pretrial order which reflects the rights and interests due plaintiff because her request for a jury trial had been timely filed.

DATED AT Anchorage, Alaska on the 12 day of January 2006.

                                          BY: _____
                                                  C. Kay Denny
                                                  ABA 0211042
                                                  Attorney for Plaintiff

The undersigned hereby certifies that on the 12 day of January 2006, a true and correct copy of the foregoing document was served by mail on
David Knapp, AG Office/DHSS

_____

*(Left margin:)* C. Kay Denny, 310 K STREET, SUITE 200, ANCHORAGE, ALASKA 99501, TELEPHONE (907) 264-6687, Fax (907) 569-0121

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, )
a single woman )
 )
        Plaintiff, )
 )
v. )
 )
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES )
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
 )
        Defendants. )
_____) CASE NO. 3 AN 05-9276 Ci

COMPLAINT FOR PERSONAL INJURY

Plaintiff Denali Malloy alleges as follows:

I. JURISDICTION AND VENUE

1.1  The subject matter of this Complaint is a claim for personal injuries resulting from foster home sexual abuse which occurred in the State of Alaska in 1996.

1.2  Plaintiff Denali Malloy is a single woman who resides in King County, Washington. She is presently nineteen years old and was born on July 10, 1985. She reached the age of majority on July 10, 2003. She first came into the custody of the State of Alaska, Division of Family and Youth Services on December 26, 1995 when she was ten years old. This was an emergency placement due to the arrest of her mother, Maureen Malloy, for first degree murder. In 1996 she was placed in the home

EXHIBIT 1
page 1 of 3

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman, )
    Plaintiff, )
 v. )
STATE OF ALASKA DEPARTMENT OF )
HEALTH AND SOCIAL SERVICES, )
SARAH T. HANSON, )
AND MARLENE LESLIE )
    Defendants. )
_____ )  CASE NO. 3 AN 05- 9276 Ci

## MOTION AND MEMORANDUM TO RECONSIDER ROUTINE PRETRIAL ORDER

 Plaintiff Denali Malloy, by and through counsel, C. Kay Denny, now files her Motion to Reconsider this court's Routine Pretrial Order, dated December 30, 2005. This motion is filed pursuant to Civil Rule 77(k)(1)(ii) and supported by the attached Exhibit 1.

 This court overlooked the fact that plaintiff <u>did</u> ask for a jury trial in her Complaint for Personal Injury, p. 9 of 10, filed with this court on or about June 30, 2005. (Exhibit 1.) Plaintiff's request was therefore timely. Plaintiff believes that this oversight may be material and result in prejudice to her case.

 Plaintiff asks this court to reconsider and issue an amended routine pretrial order which reflects the rights and interests due plaintiff because her request for a jury trial had been timely filed.

DATED AT Anchorage, Alaska on the 12 day of January 2006.

        BY: _____
          C. Kay Denny
          ABA 0211042
          Attorney for Plaintiff

The undersigned hereby certifies that on the 12 day of January 2006, a true and correct copy of the foregoing document was served by mail on
David Knapp, AG Office/DHSS

_____

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY,<br>a single woman<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF ALASKA DEPARTMENT<br>OF HEALTH AND SOCIAL SERVICES,<br>SARAH TEAFORD AND JOHN DOE<br>TEAFORD, husband and wife,<br>MARLENE LESLIE AND JOHN DOE<br>LESLIE, husband and wife,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CASE NO. 3 AN 05-9276 Ci |

COMPLAINT FOR PERSONAL INJURY

Plaintiff Denali Malloy alleges as follows:

I. JURISDICTION AND VENUE

1.1 The subject matter of this Complaint is a claim for personal injuries resulting from foster home sexual abuse which occurred in the State of Alaska in 1996.

1.2　Plaintiff Denali Malloy is a single woman who resides in King County, Washington. She is presently nineteen years old and was born on July 10, 1985. She reached the age of majority on July 10, 2003. She first came into the custody of the State of Alaska, Division of Family and Youth Services on December 26, 1995 when she was ten years old. This was an emergency placement due to the arrest of her mother, Maureen Malloy, for first degree murder. In 1996 she was placed in the home

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

EXHIBIT 1
page 1 of 3

Plaintiff was placed, to visit the children on a regular basis, to thoroughly investigate allegations of abuse and to comply with their own rules and regulations. Defendant Teaford and the Department failed to promptly investigate the allegations of abuse and remove Denali Malloy and her brother, Josh Malloy, from the Eller foster home. Defendant Teaford talked Denali Malloy out of taking any kind of action. As a result, she stayed in the Eller household and the abuse continued. These acts constitute the tort of negligent infliction of emotional distress.

    5.4    The Department, through its employees and agents, and Defendants Teaford and Leslie, breached said duties.

    5.5    As a direct and proximate result of the negligent conduct of the defendants, Plaintiff suffered and will continue to suffer, severe emotional distress, bodily harm and resulting pain and suffering disability, mental anguish, loss of capacity for the enjoyment of life and expenses of continued medical treatment. Furthermore, Plaintiff will require services and treatment for the rest of her life due to severe psychological trauma and other harm which she has endured while in the State care.

## DEMAND FOR JURY TRIAL

Plaintiff requests trial by jury of all issues so triable.

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

COMPLAINT FOR PERSONAL INJURY
Malloy v. Alaska DHSS and etc.
Case No. 3 AN 05-____ Ci        Page 9 of 10

EXHIBIT 1
page 2 of 3

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests entry of judgment in an amount that will fairly compensate plaintiff for all damages sustained, costs and reasonable attorney's fees and such other relief as the Court deems equitable and just.

DATED AT Anchorage, Alaska on the 30th day of June 2005.

By: _____
Carmen Kay Denny
ABA# 0211042
Attorney for Denali Malloy

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

COMPLAINT FOR PERSONAL INJURY
Malloy v. Alaska DHSS and etc.
Case No. 3 AN 05-____ Ci        Page 10 of 10

EXHIBIT 1
page 3 of 3