

RECEIVED
AUG 1 0 2005
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3rd JUDICIAL DISTRICT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES SARAH TEAFORD AND JOHN DOE TEAFORD, husband and wife, MARLENE LESLIE AND JOHN DOE LESLIE, husband and wife, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CASE NO. 3 AN 05-9276 Ci

## MOTION FOR OUT-OF-STATE ATTORNEY TO APPEAR AND PARTICIPATE IN THIS CASE

COME NOW the Plaintiff, by and through her attorney C. Kay Denny, and pursuant to Civil Rule 81(2) of the Alaska Rules of Civil Procedure, hereby move for an order from this court allowing Donald D. Cook, a member in good standing of the Washington Bar Association, and duly admitted and licensed to practice as an attorney and counselor at law in the Supreme Court of Washington and all courts of record in that state, to appear and participate in the above captioned action.

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

The undersigned, C. Kay Denny, 310 K Street, Suite 200, Anchorage, Alaska 99501, is a member of the Alaska Bar Association and is authorized to practice in the courts of this state, and will be associated with the applicants.

The undersigned hereby consents in writing to this association.

Attached hereto as Exhibit A, is a Certificate of Good Standing as an attorney at law, signed by the Disciplinary Clerk of the State Bar of Washington, on June 28, 2005.

The undersigned hereby states that the original of the enclosed photocopy of check nos 2418 and 11153 in the amount of $550.00, has been paid to the Alaska Bar Association pursuant to Civil Rule 81(2)(d). A copy of the receipt of payment from the Alaska Bar Association is also attached.

DATED IN ANCHORAGE, ALASKA on the __8__ day of August 2005.

BY: _____
C. Kay Denny
ABA 0211042
Attorney for Denali Malloy

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

Certificate of Service
I hereby certify that on the ____ day of _____, 20__ a copy of the foregoing was served on Sarah Teaford/Attorney General/Leslie/Marlene
By: U.S. Mail/Hand Delivery/Fax
Signature: _____

MOTION FOR PRO HAC VICE
Malloy v. State of Alaska and Etc.
Case No. 3AN 05-9276 Ci

Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY,<br>a single woman<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALASKA DEPARTMENT<br>OF HEALTH AND SOCIAL SERVICES<br>SARAH TEAFORD AND JOHN DOE<br>TEAFORD, husband and wife,<br>MARLENE LESLIE AND JOHN DOE<br>LESLIE, husband and wife,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 3 AN 05-9276 Ci |

### ORDER GRANTING MOTION FOR OUT OF STATE ATTORNEY TO APPEAR AND PARTICIPATE IN THIS CASE

WHEREAS, this court has considered the plaintiff's' Motion For Out Of State Attorneys To Appear And Participate In This Case, and being otherwise fully advised;

IT IS HEREBY ORDRED THAT:

pursuant to Civil Rule 81(2) of the Alaska Rules of Civil Procedure, Donald D. Cook, a member in good standing of the Bar Association of the State of

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION      BAR # 21672

OF

DONALD DUANE COOK     CERTIFICATE OF GOOD STANDING

TO PRACTICE IN THE COURTS OF THIS STATE.

I, C.J. Merritt, Clerk of the Supreme Court of the State of Washington, hereby certify

**DONALD DUANE COOK**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on June 22, 1992, and is now and has been continuously since that date an attorney in good standing in said Court.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 28th day of June, 2005



C.J. MERRITT, SUPREME COURT CLERK
WASHINGTON STATE SUPREME COURT

EXHIBIT A



EXHIBIT B

**ALASKA BAR ASSOCIATION**
P.O. Box 100279   (907) 272-7469
Anchorage, Alaska 99510-0279

| Customer's Order No. | Phone No. 907.264.6687 | Date 8/9/2005 |
|---|---|---|

Sold to: Carmen K Denny
Address: 310 K Street Ste 200
City: Anchorage, AK 99501

| Sold By | Cash | C.O.D. | Charge | On Acct. | Mdse. Retd. | Paid Out |
|---|---|---|---|---|---|---|

| QTY. | Description | Price | Amount |
|---|---|---|---|
| | Rule 81   Check# 2418 | | 100 00 |
| | Check# 11153 | | 450 00 |
| | Donald D. Cook | | |
| | New# NA-11929 | | |
| | assoc w/ C. Kay Denny 0211042 | | |
| | Case# 3AN-05-9276 | | |
| | 2005 | | |
| | | Tax | |
| | | Total | 550 00 |

All claims and returned goods MUST be accompanied by this bill.

Rec'd By: Y. Sanchez

026954   *Thank You!*

Item# G3R
©Executive Greetings, Inc., 1980
Printed in U.S.A.

EXHIBIT C