IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, )
)
Plaintiff, )
v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES )
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
)
Defendants. )
) CASE NO. 3 AN 05-9276 Ci

RECEIVED JAN 27 2006
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

## NON-OPPOSED MOTION TO ENLARGE TIME TO AMEND COMPLAINT

The plaintiff, Denali Malloy, by and through co-counsel, C. Kay Denny, now asks this court to grant her unopposed motion for more time to file an amended complaint. This motion is pursuant to Civil Rule 77 and is supported by the attached affidavit of counsel.

DATED AT Anchorage, Alaska on the 26 day of January 2006.

BY: _____
C. Kay Denny
ABA 0211042
Co-Counsel for Plaintiff

The undersigned hereby certifies that on the 26 day of January 2006, a true and correct copy of the foregoing document was served by mail on David Knapp, AG Office/DHSS

_____

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, )
)
Plaintiff, )
v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES )
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
)
Defendants. )
_____ ) CASE NO. 3 AN 05-9276 Ci

CERTIFICATE OF COUNSEL

STATE OF ALASKA )
) ss.
THIRD JUDICIAL DISTRICT )

1. I am co-counsel for the plaintiff, Denali Malloy, in the above-titled action.

2. I make this affidavit in support of the attached Motion to Enlarge Response Time to Amend Complaint.

3. The governing Routine Pretrial Order in this case requires that an amended complaint without motion be filed by today, January 26, 2006.

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

4. I have communicated telephonically with opposing counsel, David Knapp and he has agreed to an extended filing date of February 3, 2006.

5. I believe this court can grant plaintiff's motion pursuant to Civil Rule 6(b).

_____
C. Kay Denny

SUBSCRIBED AND SWORN TO before me this 26th day of Jan, 2006.



_____
NOTARY PUBLIC in and for Alaska
My commission expires 8/7/07

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

Certificate of Service
I hereby certify that on the 26 day of Jan, 2006 a copy of the foregoing was served
By: U.S. Mail/Hand Delivery/Fax
Signature: _____ Dave Knapp - recipient

AFFIDAVIT OF COUNSEL
Malloy v. SOA DEPT OF HSS, ET AL.
Case No. 3AN 05-9276 Ci                Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL SERVICES)<br>SARAH TEAFORD AND JOHN DOE )<br>TEAFORD, husband and wife, )<br>MARLENE LESLIE AND JOHN DOE )<br>LESLIE, husband and wife, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 3 AN 05-9276 Ci |

ORDER

The court, having reviewed Plaintiff's Motion to Enlarge Response Time to Amend Complaint; and

Having reviewed any responses of Defendant; and

Having reviewed the files and records of the case; and

Being fully advised on the premises;

IT IS HEREBY ORDERED:

That Plaintiff's motion is GRANTED. Plaintiff shall file her amended complaint without motion no later than February 3, 2006.

_____
DATED

_____
HONORABLE MARK RINDNER
Superior Court Judge

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121