IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, )
a single woman )
)
Plaintiff, )
v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES )
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
)
Defendants. )
) CASE NO. 3 AN 05-9276 Ci

RECEIVED SEP 1 2 2005
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE ALASKA

NOTICE OF ATTORNEY ABSENCE

COMES NOW C. Kay Denny and notifies the Court and parties that she will be out of state from September 28, 2005 until October 13, 2004, on personal leave. Ms. Denny requests that all correspondence, pleadings, notice and other matters be directed to Donald Cook, co-counsel.

DATED AT Anchorage, Alaska, this 9th day of September 2005.

BY _____
C. Kay Denny
ABA 0211042
Co-counsel for Denali P. Malloy

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

This is to certify that a true and correct copy of the foregoing was mailed to D. Knapp

on the 9 day of September 2005.

_____