IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman )
)
          Plaintiff, )
)
   v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL )
SERVICES, and its COMMISSIONER; )
and KAREN PERDUE; SARAH T. )
HANSON; and the SUPERVISOR OF )
SARAH T. HANSON; and KAREN )
Mason; and MARLENE LESLIE, )
)
          Defendants. )    Case No. 3AN-05-9276 CI
_____ )

### NOTICE OF FILING THIRD-PARTY COMPLAINT
### WITHOUT LEAVE OF THE COURT

Defendant State of Alaska Department of Health and Social Services (DHSS), serves notice to the Court and plaintiff that it has filed a third-party complaint without leave of the Court beyond the time set in the pretrial order for joining third-parties without motion. DHSS has taken this step to preserve its rights under Civil Rule 14 until the matter can be discussed between counsel. The matter has not been discussed between counsel because plaintiff's lead attorney, Donald Cook, is out of the country. Mr. Cook is scheduled to return on March 26, 2006, and after counsel have conferred on this and other procedural matters, DHSS will file appropriate pleadings with the Court.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

As for DHSS' third-party complaint, concurrently with filing its answer to plaintiff's amended complaint, DHSS filed a third-party complaint against James Eller pursuant to Civil Rule 14(a). (Eller committed the physical assault for which plaintiff seeks to hold DHSS liable). Civil Rule 14(a) provides that a third-party plaintiff may cause a third-party summons and complaint to be served without leave of the court if the third-party plaintiff files the third-party complaint "not later than 10 days after serving the original answer." In this case the parties agreed that DHSS would not file its original answer until after plaintiff had amended her complaint. Plaintiff served DHSS with an amended complaint on February 6, 2006. As a state agency, DHSS had until March 20 to file its answer, thus DHSS' combined answer and third-party complaint is timely under the civil rules as to both the answer and the third-party complaint without leave of the court.

DATED this 15th day of March, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
David H. Knapp
Assistant Attorney General
ABA No. 8511169

Notice of Filing Third-Party Complaint
*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 3

1

This is to certify that on this date, a copy of the
foregoing is being mailed to:

2

3  Carmen Kay Denny
   310 K Street, Suite 200
   Anchorage, AK 99501

4

5  Donald D. Cook
   800 Bellevue Way NE, Suite 400
   Bellevue, WA 98004

6

7  *Chelsea Greene* 3/15/06
   Chelsea Greene          Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  Notice of Filing Third-Party Complaint
    *Malloy v. SOA DHSS et al.*
    3AN-05-9276 CI
    Page 3 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100