IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT
AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, SARAH TEAFORD AND JOHN DOE TEAFORD, HUSBAND AND WIFE, AND MARLENE LESLIE AND JOHN DOE LESLIE, HUSBAND AND WIFE | ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| | ) CASE NO. 3 AN 05-09271 Ci |

RECEIVED DEC 2 7 2005
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

NOTICE OF FILING PROPOSED TRIAL DATES

The plaintiff, by and through co-counsel, C. Kay Denny, now files proposed trial dates pursuant to this court's order dated December 9, 2005. Counsel for both parties agree that five days are needed. Dates of trial may be set any time between January 15, 2006, and February 19, 2006.

DATED AT Anchorage, Alaska on the 22nd day of December.

By: _____
C. Kay Denny
ABA #0211042
Attorney for Denali P. Malloy

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121