## ORDER

IT IS SO ORDERED. The State of Alaska shall produce all documents relating to the case of Plaintiff and the licensing of James Eller and/or any other persons who provided foster care to Plaintiff for inspection by Plaintiff's counsel or authorized representative within 10 days of this order. ☦

ENTERED this 17 day of ~~December~~ January 2006.

_____
Superior Court Judge

☦ Subject to Stipulation and Order regarding the production and use of Confidential DHSS Files (MR)

DEC 07 2005

**Certificate of Service**

I hereby certify that a copy of the foregoing was served on December 7, 2005 by hand/mail/fax upon:

Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

_____
Mike Thomas

I certify that on 1-17-06 a copy of the above was mailed to each of the following at their addresses of record:

C. Denny     AG-Knapp

_____
Administrative Assistant

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121