IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman )
                                 )
          Plaintiff,      )

**RECEIVED**

         v.                )

DEC 2 2 2005

STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES)
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
                                 )
         Defendants.   )

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3RD JUDICIAL DISTRICT
ANCHORAGE, ALASKA

Case No. 3AN-05-9276 CI

## ORDER

The State of Alaska's motion for an extension of time in which to respond to

plaintiff's motion for an order allowing inspection is hereby GRANTED. The State of

Alaska's response is due on or before January 6, 2006.

Dated ___12/20/05___

_Mark Rindner_ (signature)
Mark Rindner
Judge of the Superior Court

This is to certify that on this date, a copy of the
foregoing is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK 99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

_Ann Vigil_ for ___12/19/05___
Patricia Runyan        Date

i certify that on _December 21, 2005_ a copy
of the above was mailed to each of the following at
their addresses of record:

C. Denny      D. Knapp

_____
Administrative Assistant

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DEC 19 2005