IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, )
a single woman )
 )
 )
Plaintiff, )
 )
 )
 )
v. )
 )
 )
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES )
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
 )
 )
Defendants. )
_____ )   CASE NO. 3 AN 05-9276 Ci

RECEIVED SEP 0 6 2005 DEPARTMENT OF LAW OFFICE OF THE ATTORNEY GENERAL 3RD JUDICIAL DISTRICT ANCHORAGE ALASKA

AUG 1 0 2005

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

## ORDER GRANTING MOTION FOR OUT OF STATE ATTORNEY TO APPEAR AND PARTICIPATE IN THIS CASE

WHEREAS, this court has considered the plaintiff's' Motion For Out Of State Attorneys To Appear And Participate In This Case, and being otherwise fully advised;

IT IS HEREBY ORDRED THAT:

pursuant to Civil Rule 81(2) of the Alaska Rules of Civil Procedure, Donald D. Cook, a member in good standing of the Bar Association of the State of

Washington and otherwise admitted and licensed to practice as an attorney and a counselor at law in the State of Washington and all courts of record in that state, is hereby permitted to appear and participate in the above captioned action.

_____9/1/06_____  
DATED

_____/s/ Mark Rindner_____  
HONORABLE MARK RINDNER

certify that on September 6, 2005
of the above was mailed to each of the following at their addresses of record:

C. Denny          AG - Knapp

_____  
Administrative Assistant

C. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

Certificate of Service
I hereby certify that on the 9th day of August 20 05 a copy of the foregoing was served on Sarah TCAC-C, Marlene Leslie, Attorney General
By: U.S. Mail/Hand Delivery/Fax
Signature _____

ORDER GRANTING PRO HAC VICE
Malloy v. State of Alaska and Etc.
Case No. 3AN 05-9276 Ci

Page 2 of 2