IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, )
)
Plaintiff, )
v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES )
SARAH TEAFORD AND JOHN DOE )
TEAFORD, husband and wife, )
MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
)
Defendants. )
_____ )
) CASE NO. 3 AN 05-9276 Ci

RECEIVED FEB 0 1 2006
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3rd JUDICIAL DISTRICT
ANCHORAGE, ALASKA

### ORDER

The court, having reviewed Plaintiff's Motion to Enlarge Response Time to Amend Complaint; and

Having reviewed any responses of Defendant; and

Having reviewed the files and records of the case; and

Being fully advised on the premises;

IT IS HEREBY ORDERED:

That Plaintiff's motion is GRANTED. Plaintiff shall file her amended complaint without motion no later than February 3, 2006.

_1/31/06_
DATED

_____
HONORABLE MARK RINDNER
Superior Court Judge

I certify that on January 31, 2006 a copy of the above was mailed to each of the following at their addresses of record:

Denny Knapp

_____
Administrative Assistant

G. Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
FAX (907) 569-0121

JAN 27 2006