IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL SERVICES )<br>SARAH TEAFORD AND JOHN DOE )<br>TEAFORD, husband and wife, )<br>MARLENE LESLIE AND JOHN DOE )<br>LESLIE, husband and wife, )<br>)<br>Defendants. )<br>_____) | <br>Case No. 3AN-05-9276 CI |

### ORDER

IT IS SO ORDERED that the terms of the stipulation between the parties regarding the production and use of confidential DHSS files are binding.

Dated: 1/10/06

_____
Mark Rindner
Superior Court Judge

I certify that on January 10, 2006 a copy of the above was mailed to each of the following at their addresses of record:

C. Denny      D Knapp

_____
Administrative Assistant

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100