Denali P. Malloy

-vs-

State of Alaska-Department of Health and Social Services, and its Commissioner, and Karen Perdue; Sarah Hansen and the Supervisor of Sarah T Hansen; Karen Mason and Marlene

3AN-05-9276 CI

# RETURN OF SERVICE

I certify that on <u>Wednesday, February 22, 2006</u> at <u>7:51 p.m.</u> I served the following documents:

Amended Summons and Notice to Both parties of Judicial Assignment, Amended Complaint

for service upon <u>Sarah T. Hansen</u>,

by leaving a true and correct copy with Sarah Hansen located at <u>10910 Northfleet</u> in Anchorage, Alaska

SUBSCRIBED AND SWORN to before me on February 27, 2006

_____   _____
Civilian Process Server / Angela Moss           Notary Public in and for the State of Alaska.

Client: C Kay Denny
  310 K St. Suite 200   Anchorage, AK. 99501
Attention:
File No:
Service Fee: $45.00
Mileage: $0.00
Endeavor: $0.00
Endeavor: $0.00
Total: $45.00



310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 272-2201
inquestagency.com