

JAN 13 2006

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
3rd JUDICIAL DISTRICT
ANCHORAGE, ALASKA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT
AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman | ) |
| Plaintiff, | ) |
| v. | ) |
| STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, SARAH TEAFORD AND JOHN DOE TEAFORD, HUSBAND AND WIFE, AND MARLENE LESLIE AND JOHN DOE LESLIE, HUSBAND AND WIFE | ) |
| Defendants. | ) |
| | ) CASE NO. 3 AN 05- 9276 Ci |

## SECOND DEMAND FOR JURY TRIAL

The plaintiff, by and through co-counsel, C. Kay Denny, now files her second demand for trial jury in the above-entitled action.

DATED AT Anchorage, Alaska on the 6th day of January, 2006.

By: _____
C. Kay Denny
ABA #0211042
Attorney for Denali P. Malloy

Carmen Kay Denny
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 264-6687
Fax (907) 569-0121

This is to certify that a true and correct copy of the foregoing was faxed/hand-delivered/mailed to David Knapp, 1031 W. 4th Ave., #200 Anchorage, AK 99501

the ___ day of _____, 2006.

_____