IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DENALI P. MALLOY

                Plaintiff(s),

vs.

STATE OF ALASKA-DEPARTMENT OF HEALTH AND SOCIAL SERVICES, SARAH AND JOHN DOE TEAFORD, husband and wife, MARLENE LESLIE AND JOHN DOE LESLIE, husband and wife,

                Defendant(s).

CASE NO. 3AN- 05-9271 CI

**SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: **JOHN LESLIE**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, **Carmen Kay Denny, Attorney**, whose address is: **310 'K' Street, Suite 200, Anchorage AK 99501**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

**NOTICE OF JUDICIAL ASSIGNMENT**

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _Rindner_ and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

Date: 6-30-05

By: _____ Deputy Clerk

I certify that on 6-30-05 a copy of this Summons was ☐ mailed ☐ given to ☐ plaintiff ☑ plaintiff's counsel along with a copy of the ☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order to serve on the defendant with the summons.
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55