*July 28, 05*

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DENALI P. MALLOY )
　　　　　　　　Plaintiff(s), )
vs. )
STATE OF ALASKA-DEPARTMENT OF HEALTH AND )
SOCIAL SERVICES, SARAH AND JOHN DOE TEAFORD )
husband and wife, MARLENE LESLIE AND JOHN DOE )
LESLIE, husband and wife, )
　　　　　　　　Defendant(s). )

**HAND DELIVERED**
7.29.05  1.31 PM
ATTORNEY GENERAL'S OFFICE
ANCHORAGE CIVIL DIVISION

CASE NO. 3AN- 05-9276 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: **MARLENE LESLIE**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, **Carmen Kay Denny, Attorney**, whose address is: **310 'K' Street, Suite 200, Anchorage AK 99501**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge _Rindner_
　　and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

_6-30-05_　　　　　　　　By: _J Wudle_
　Date　　　　　　　　　　　　　Deputy Clerk

I certify that on _6-30-05_ a copy of this Summons was ☐ mailed ☐ given to
☐ plaintiff ☐ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)　　　　　　　　Civil Rules 4, 5, 12, 42(c), 55
SUMMONS