IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DENALI P. MALLOY
                Plaintiff(s),

vs.

STATE OF ALASKA-DEPARTMENT OF HEALTH AND
SOCIAL SERVICES, SARAH AND JOHN DOE TEAFORD,
husband and wife, MARLENE LESLIE AND JOHN DOE
LESLIE, husband and wife,
                Defendant(s).

CASE NO. 3AN- 05-1276 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: **SARAH TEAFORD**

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Carmen Kay Denny, Attorney, whose address is: 310 'K' Street, Suite 200, Anchorage AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge _Pinkney_
and Master _____.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

6-30-05
Date

By: _____
Deputy Clerk

I certify that on 6-30-05 a copy of this Summons was ☐ mailed ☐ given to
☐ plaintiff ☒ plaintiff's counsel along with a copy of the
☐ Domestic Relations Procedural Order ☐ Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55