IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman )
                                  )
                Plaintiff,        )
                                  )
        v.                        )
                                  )
STATE OF ALASKA DEPARTMENT        )
OF HEALTH AND SOCIAL SERVICES)
SARAH TEAFORD AND JOHN DOE        )
TEAFORD, husband and wife,        )
MARLENE LESLIE AND JOHN DOE       )
LESLIE, husband and wife,         )
                                  )
                Defendants.       )    Case No. 3AN-05-9276 CI
_____ )

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

The State of Alaska, through counsel, hereby requests an extension of time until January 6, 2006, in which to respond to plaintiff's motion for an order allowing inspection of certain confidential records relating to a juvenile matter. Undersigned counsel has conferred with plaintiff's counsel C. Kay Denny, and Ms. Denny agreed not oppose an extension of time until January 6, 2006. It is the parties' intention to attempt to resolve the matter through a stipulation.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Dated: 12-19-05

David H. Knapp
Assistant Attorney General
1031 W. 4th Avenue, Ste. 200
Anchorage, AK 99501
ABA No. 8511169

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1

2

3    This is to certify that on this date, a copy of the
     foregoing is being mailed to:

4    Carmen Kay Denny
     310 K Street, Suite 200
5    Anchorage, AK  99501

6    Donald D. Cook
     800 Bellevue Way NE, Suite 400
7    Bellevue, WA  98004

8    _Ann Vigil for_ _____ _12/19/05_
     Patricia Runyan              Date

9

10

11

12

13

14

15

16

17

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

18

19

20

21

22

23

24

25

26
     Unopp Mtn for an Extension of Time
     _Malloy v. SOA DHSS et al._
     3AN-05-9276 CI
     Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman  )
                                    )
             Plaintiff,       )
                                      )
     v.                            )
                                      )
STATE OF ALASKA DEPARTMENT  )
OF HEALTH AND SOCIAL SERVICES)
SARAH TEAFORD AND JOHN DOE  )
TEAFORD, husband and wife,  )
MARLENE LESLIE AND JOHN DOE  )
LESLIE, husband and wife,  )
                                      )
            Defendants.    )   Case No. 3AN-05-9276 CI
_____)

**ORDER**

       The State of Alaska's motion for an extension of time in which to respond to

plaintiff's motion for an order allowing inspection is hereby GRANTED.  The State of

Alaska's response is due on or before January 6, 2006.

Dated_____     _____

                                          Mark Rindner
                                        Judge of the Superior Court

This is to certify that on this date, a copy of the
foregoing is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

_____  12/19/05
Patricia Ruyyan             Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100