DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David H. Knapp
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SARAH T. HANSON and MARLENE LESLIE | ) ) ) |
| Defendants. | ) |
| | ) Case No. 3:06-cv-00052 TMB |
| | ) |

**SERVICE LIST OF ALL PARTIES AND THEIR COUNSEL**

Plaintiff:              Denali P. Malloy

Counsel for Plaintiff:  Law Office of Donald D. Cook
                        800 Bellevue Way N.E., Suite 400
                        Bellevue, WA 98004
                        Phone: (425)235-2665

                         Carmen Kay Denny
                         Attorney At Law
                         310 K Street, Suite 200
                         Anchorage, AK 99501
                         Phone: (907)264-6687

Defendants:         State of Alaska Department of Health and Social Services, and its Commissioner, Karen Perdue, Sarah T. Hanson, Supervisor of Sarah T. Hanson, Karen Mason, and Marlene Leslie

Counsel for Defendants:         DAVID H. KNAPP
(All Defendants who have appeared to date)     Assistant Attorney General
                                           Office of the Attorney General
                                           1031 W. 4th Avenue, Suite 200
                                           Anchorage, AK 99501
                                           (907)269-5190

DATED this 16th day of March, 2006, at Anchorage, Alaska.

                              DAVID W. MÁRQUEZ
                              ATTORNEY GENERAL


                         By:    s/ David H. Knapp
                                  Assistant Attorney General
                                  Office of the Attorney General
                                  1031 W. 4th Ave., Ste. 200
                                  Anchorage, AK 99501
                                  Phone: (907) 269-5190
                                  Fax:    (907) 258-0760
                                  Dave_Knapp@law.state.ak.us
                                  TWC_ECF@law.state.ak.us
                                  Alaska Bar No. 8511169

Service List of All Parties and Their Counsel
*Malloy v. Hanson et al.*
Page 2 of 3

This is to certify that on this date, a copy of the
Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004


s/ David H. Knapp  3/16/06

Service List of All Parties and Their Counsel
*Malloy v. Hanson et al.*
Page 3 of 3