DAVID W. MÁRQUEZ
ATTORNEY GENERAL

David H. Knapp
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY, a single woman )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL )<br>SERVICES, and its COMMISSIONER; )<br>and KAREN PERDUE; SARAH T. )<br>HANSON; and the SUPERVISOR OF )<br>SARAH T. HANSON; and KAREN )<br>MASON; and MARLENE LESLIE, )<br>)<br>Defendants. )<br>) | Case No. 3:06-CV-00052 TMB |

**NOTICE OF FILING AND DESIGNATION OF STATE COURT PROCEEDING RECORDS**

Defendants give notice to the Court of filing copies of all records and proceedings held to date in the state court matter of *Denali P. Malloy v. State of Alaska DHHS, et al.,* Case No. 3AN-05-9276 CI, which case is the subject of defendants'

Notice of Removal.  A copy of each state court document is attached hereto.  The date each document was filed or issued in the superior court is as follows:

1. 6/30/05 Complaint;

2. 6/30/05 Summons (State of Alaska Department of Health and Social Services);

3. 6/30/05 Summons (Marlene Leslie);

4. 6/30/05 Summons (John Leslie);

5. 6/30/05 Summons (John Doe Teaford);

6. 6/30/05 Summons (Sarah Teaford);

7. 8/08/05 Motion for Out-of-State Attorney to Appear & Participate;

8. 8/17/05 Limited Entry of Appearance of David H. Knapp;

9. 9/01/05 Order Granting Motion for Out-of-State Attorney to Appear & Participate;

10. 9/09/05 Notice of Attorney Absence;

11. 12/06/05 Motion for Order Allowing Inspection;

12. 12/09/05 Initial Pretrial Order;

13. 12/19/05 Unopposed Motion for Extension of Time for Defendant's to Respond to Plaintiffs Motion for an Order Allowing Inspection of Certain Confidential Records;

14. 12/20/05 Order Granting State of Alaska's Motion for Extension of Time;

NOTICE OF FILING STATE COURT RECORDS
*Malloy v. Hanson et al.*
Page 2 of 5

Notice of Removal.  A copy of each state court document is attached hereto.  The date each document was filed or issued in the superior court is as follows:

1. 6/30/05 Complaint;

2. 6/30/05 Summons (State of Alaska Department of Health and Social Services);

3. 6/30/05 Summons (Marlene Leslie);

4. 6/30/05 Summons (John Leslie);

5. 6/30/05 Summons (John Doe Teaford);

6. 6/30/05 Summons (Sarah Teaford);

7. 8/08/05 Motion for Out-of-State Attorney to Appear & Participate;

8. 8/17/05 Limited Entry of Appearance of David H. Knapp;

9. 9/01/05 Order Granting Motion for Out-of-State Attorney to Appear & Participate;

10. 9/09/05 Notice of Attorney Absence;

11. 12/06/05 Motion for Order Allowing Inspection;

12. 12/09/05 Initial Pretrial Order;

13. 12/19/05 Unopposed Motion for Extension of Time for Defendant's to Respond to Plaintiffs Motion for an Order Allowing Inspection of Certain Confidential Records;

14. 12/20/05 Order Granting State of Alaska's Motion for Extension of Time;

15. 12/22/05 Notice of Filing Proposed Trial Dates;

16. 12/30/05 Routine Pretrial Order;

17. 1/06/06 Stipulation and Request for An Order Regarding the Production and Use of Confidential DHSS files. **FILED UNDER SEAL**;

18. 1/06/06 Second Demand for Jury Trial;

19. 1/10/06 Order Binding the Terms of the Stipulation Between the Parties Re Confidential Files;

20. 1/12/06 Motion and Memorandum to Reconsider Routine Pretrial Order;

21. 1/13/06 Amended Routine Pretrial Order;

22. 1/17/06 Order Allowing Document Inspection;

23. 1/26/06 Non-Opposed Motion to Enlarge Time to Amend Complaint;

24. 1/31/06 Order Granting Plaintiff's Motion to File Her Amended Complaint;

25. 2/02/06 Amended Complaint for Negligence, Gross Negligence and Reckless Disregard; Intentional Infliction of Emotional Distress; Breach of Fiduciary Duty; and Violation of Civil Rights;

26. 2/17/06 Amended Summons (Supervisor of Sarah T. Hanson(To Be Named Later));

27. 2/17/06 Amended Summons (Karen Perdue);

28. 2/17/06 Amended Summons (State of Alaska – Department of Health and Social Services);

29. 2/17/06 Amended Summons (Karen Mason);

30. 2/17/06 Amended Summons (Sarah T. Hanson);

31. 2/27/06 Return of Service on Sarah T. Hanson;

32. 3/03/06 Notice of Filing Removal of A Civil Action;

33. 3/15/06 Notice of Filing Third-Party Complaint Without Leave of the Court; and

34. 3/15/06 Answer and Third-Party Complaint of DHSS to Plaintiff's Amended Complaint.

DATED this 16th day of March, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/ David H. Knapp
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:   (907) 258-0760
Dave_Knapp@law.state.ak.us
TWC_ECF@law.state.ak.us
Alaska Bar No. 8511169

This is to certify that on this date, a copy of the
Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004


s/ David H. Knapp  3/16/06