IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  vs. | ) |
| | ) |
| SARAH T. HANSON and MARLENE LESLIE | ) ) |
| | ) |
|     Defendant. | ) |
| _____ | ) CASE NO: 3:06 cv 052 (TMB) |

**ENTRY OF APPEARANCE**

Hugh W. Fleischer hereby enters his appearance as attorney for plaintiff, Denali P. Malloy, in the above captioned action. Copies of all pleadings and correspondence in this matter should be served on the undersigned at 310 K. Street, Suite 200, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 17th day of April, 2006.

                                    LAW OFFICES OF HUGH W. FLEISCHER
                                        Attorney for Defendant

9515/502

                                        S/ Hugh W. Fleischer
                                        Hugh W. Fleischer
                                        AK Bar # 7106012
                                        310 K. St., Suite 200
                                        Anchorage, AK 99501
                                        (907) 264-6635

(907) 264-6602-Fax

CERTIFICATE OF SERVICE

I certify that on the 17th day of
April, 2006, a true copy of the
foregoing was delivered by FAX
to the following counsel:

David H., Knapp
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
FAX-258-0700


S/ Hugh W. Fleischer


9431\500