IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| DENALI P. MALLOY | ) |
| | ) |
|           Plaintiff, | ) |
| | ) |
|      vs. | ) |
| | ) |
| SARAH T. HANSON and MARLENE LESLIE | ) |
| | ) |
|         Defendant. | ) |
| _____ | ) CASE NO: 3:06 cv 052 (TMB) |

**ENTRY OF APPEARANCE**


Hugh W. Fleischer hereby enters his appearance as attorney for plaintiff, Denali P. Malloy, in the above captioned action. Copies of all pleadings and correspondence in this matter should be served on the undersigned at 310 K. Street, Suite 200, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 17th day of April, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorney for Defendant


S/ Hugh W. Fleischer
Hugh W. Fleischer
AK Bar # 7106012
310 K. St., Suite 200
Anchorage, AK 99501
(907) 264-6635

9515/502

(907) 264-6602-Fax

CERTIFICATE OF SERVICE

I certify that on the 17th day of
April, 2006, a true copy of the
foregoing was delivered by FAX
to the following counsel:

David H., Knapp
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
FAX-258-0700

S/ Hugh W. Fleischer

9431\500