Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 264-6635
(907) 264-6602

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY,<br>　　　　Plaintiff, | )<br>)<br>) |
| Vs. | )<br>)<br>) |
| SARAH T. HANSON and MARLENE LESLIE,<br>　　　　Defendant. | )<br>)<br>)<br>) Case No. 3:06-cv-0052 (TMB) |

### AFFIDAVIT OF CARMEN KAY DENNY

STATE OF ALASKA　　　）
　　　　　　　　　　　　） ss.
THIRD JUDICIAL DISTRICT　）

　　Having been duly sworn upon her oath, Carmen Kay Denny, does hereby depose and state as follows:

1. I am the co-counsel for Plaintiff, Denali P. Malloy, in the above matter, I have personal knowledge of the facts set forth below.

2. This matter was originally filed in the Superior Court for the State of Alaska.

3. Defendant removed certain elements and the above-named defendants to the United States District Court, March 3, 2006.

4. Due to the complexity of this matter and the limited resources of Plaintiff and her counsel, good cause exists to stay the Federal Action until such time as the State Court matters are resolved. I am in the process of getting admitted to practice before the United States District Court. Both Seattle Co-Counsel and I are solo-practitioners with limited staff. The burden of maintaining concurrent actions would prejudice the ability of Plaintiff to prosecute her claim.

5. For the reasons stated above, good cause exists to stay these proceedings.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Carmen Kay Denny

SUBSCRIBED AND SWORN to before me this 17th day of April, 06 at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 9-7-09