Hugh W. Fleischer
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 264-6635
(907) 264-6602

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY,<br>      Plaintiff,<br><br>Vs.<br><br><br>SARAH T. HANSON and<br>MARLENE LESLIE,<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-052 (TMB) |

## MOTION FOR STAY OF PROCEEDINGS

Pursuant to FRCP 7, Plaintiff, through counsel, hereby requests that these proceedings be stayed, pending the resolution of the attendant State matter, 3AN-05-9276.

This Motion is made for good cause as shown in the attached Affidavit of Carmen Kay Denny, file herewith.

DATED this 17th Day of April 2006.

                                        S/ Hugh W. Fleischer
                                          Hugh W. Fleischer
                                          310n K. St., Suite 200
                                          Anchorage, AK 99501

(907) 264-6635  
(907) 264-6602-Fax  
hfleisch@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERIFY that, on the 17th day of April, 2006, a true and accurate copy of the forgoing was faxed to:

David H. Knapp  
Assistant Attorney General  
State of Alaska  
1031 W. 4th Ave., Suite 200  
Anchorage, AK 99501  
Fax-258-0760

S/ Hugh W. Fleischer

9515.500