DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA DEPARTMENT ) | |
| OF HEALTH AND SOCIAL ) | |
| SERVICES, and its COMMISSIONER; ) | |
| and KAREN PERDUE; SARAH T. ) | |
| HANSON; and the SUPERVISOR OF ) | |
| SARAH T. HANSON; and KAREN ) | |
| MASON; and MARLENE LESLIE, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No. 3:06-CV-00052 TMB |
| ) | |

**SUBSTITUTION OF COUNSEL**

Gilman Dana S. Burke, Assistant Attorney General, Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone (907) 269-5190, fax (907) 258-0760, hereby gives notice of his substitution, replacing Assistant Attorney General

David H. Knapp as counsel for the defendants State of Alaska, Sarah T. Hanson and Marlene Leslie.

The court and opposing counsel are respectfully requested to send copies of all future notices and pleadings to Mr. Burke at the address referenced above.

DATED this 2nd day of May, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:    s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
ABA No. 9011085

This is to certify that on this date, a copy of the
Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 5/02/06

Substitution of Counsel
*Malloy v. Hanson et al.*
3:06-CV-00052 TMB
Page 2 of 2