DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> STATE OF ALASKA DEPARTMENT ) </br> OF HEALTH AND SOCIAL ) </br> SERVICES, and its COMMISSIONER; ) </br> and KAREN PERDUE; SARAH T. ) </br> HANSON; and the SUPERVISOR OF ) </br> SARAH T. HANSON; and KAREN ) </br> MASON; and MARLENE LESLIE, ) </br> ) </br> Defendants. ) </br> ) </br> ) | Case No. 3:06-CV-00052 TMB |

**QUALIFIED NON-OPPOSITION TO MOTION FOR STAY**

U.S. District Court Defendants Sarah T. Hanson and Marlene Leslie do not oppose allowing a stay of plaintiff's Federal Court claims pending the resolution of plaintiff's Alaska Superior Court lawsuit, Case No. 3AN-05-9276 CI. Plaintiff's

42 U.S.C. §1983 claims against defendants Hanson and Leslie were removed to U.S. District Court by defendants on March 30, 2006.[1] Since the removed § 1983 claims are a discreet subset of plaintiff's broader claims for damages stemming from the purported failure by the State of Alaska and its employees to protect plaintiff against acts of sexual assault committed by her foster parent, James Eller, it is appropriate that the §1983 claims be stayed until the State Court case is resolved.

The U.S. District Court has authority to grant a stay pending the outcome of a State Court action which involves substantially identical issues. *Modern Equipment v Continental Western Insurance Co., Inc.*, 146 F.Supp.2nd 987, 992 (D. Iowa 2001), citing *Manley, Inc. v. Keystone Food Products, Inc.,* 859 F.2d 80 (8th Cir. 1988). <u>See</u> also *Post v. Gilmore*, 111 F.3d 556 (7th Cir. 1997), staying a 42 U.S.C. § 1983 lawsuit pending the outcome of a separate lawsuit arising out of the same occurrence. In view of these principles, Defendants agree to stay this case.

Defendants request, however, that this court's order granting the stay contain an instruction that all discovery conducted in the State case, Case No. 3AN-05-9276 CI, be deemed applicable to and adopted as part of this U.S. District Court case. Since plaintiff's State and Federal cases arise out of the same occurrence, and since the two cases involve

---

[1] Pursuant to this Court's instructions, the names of the remaining, State Superior Court Defendants have <u>not</u> been deleted from the U.S. District Court case caption. However, <u>only Plaintiff's claims against Defendants Hansen and Leslie have been removed to Federal Court.</u> All other defendants are subject only to the Alaska Superior Court's jurisdiction in this matter.

Qualified Non-Opposition to Motion for Stay
*Malloy v. Hanson et al.*
3:06-CV-00052 TMB
Page 2 of 4

identical witnesses who will testify concerning identical fact issues, there is no reason for the parties to pursue identical discovery in the Federal case after the State case concludes. One of the purposes of the staying of a Federal case pending the outcome of a similar State case is to avoid conflict, harassment and duplication *See Friedlander v. Friedlander*, 149 F.3d 739 (7th Cir. 1988). Therefore, the court's stay order should include a directive that depositions and other discovery matters completed in the State case will be adopted by reference as part of this Court's record.

        Defendants do not suggest that upon completion of the State case no discovery may be allowed in the instant case. Defendants agree that there may be additional discovery to conduct in this matter after the State case concludes. However, there is no reason for duplicative discovery. The court's order granting the stay should so reflect. A proposed order is provided.

Qualified Non-Opposition to Motion for Stay
*Malloy v. Hanson et al.*
3:06-CV-00052 TMB
Page 3 of 4

DATED this 2nd day of May, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

By:   s/ Gilman Dana S. Burke
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dana_Burke@law.state.ak.us
       TWC_ECF@law.state.ak.us
       ABA No. 9011085

This is to certify that on this date, a copy of the
Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501


s/ Gilman Dana S. Burke 5/02/06

Qualified Non-Opposition to Motion for Stay
*Malloy v. Hanson et al.*
3:06-CV-00052 TMB
Page 4 of 4