DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone:  (907)269-5190
Fax:  (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF ALASKA DEPARTMENT ) | |
| OF HEALTH AND SOCIAL ) | |
| SERVICES, and its COMMISSIONER; ) | |
| and KAREN PERDUE; SARAH T. ) | |
| HANSON; and the SUPERVISOR OF ) | |
| SARAH T. HANSON; and KAREN ) | |
| MASON; and MARLENE LESLIE, ) | |
| ) | |
| Defendants. ) | |
| ) | Case No.  3:06-CV-00052 TMB |
| ) | |

**PROPOSED ORDER GRANTING STAY PENDING OUTCOME OF
ALASKA SUPERIOR COURT CASE NO. 3AN-05-9276 CI**

The court, having reviewed plaintiff's April 17, 2006 Motion for Stay, defendants' response, and any reply memorandum submitted, orders as follows:

1)   This case is stayed pending the resolution of Alaska Superior Court

Case No. 3AN-05-9276 CI. This stay shall be lifted upon notification by the parties once the Superior Court case is resolved, whether by settlement or entry of judgment.

2) All discovery conducted in the Superior Court case, No. 3AN-05-9276 CI, including all written discovery and all depositions, shall be adopted by reference and incorporated into this case. After the State case is resolved and this case is re-activated the parties shall not be precluded from conducting additional discovery on issues not previously addressed. However, the parties shall avoid duplicative discovery.

DATED: _____
_____
United States District Judge

This is to certify that on this date, a copy of the
Foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 5/02/06

Proposed Order Granting Stay
*Malloy v. Hanson et al.*
3:06-CV-00052 TMB
Page 2 of 2