IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY, )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL )<br>SERVICES, and its COMMISSIONER; )<br>and KAREN PERDUE; SARAH T. )<br>HANSON; and the SUPERVISOR OF )<br>SARAH T. HANSON; and KAREN )<br>MASON; and MARLENE LESLIE, )<br>)<br>           Defendants. )<br>           ) | Case No. 3:06-CV-00052 TMB |

**ORDER GRANTING STAY PENDING OUTCOME OF
ALASKA SUPERIOR COURT CASE NO. 3AN-05-9276 CI**

The Court, having reviewed Plaintiff's April 17, 2006, Motion for Stay, Defendants' response, and any reply memorandum submitted, orders as follows:

    1)    This case is stayed pending the resolution of Alaska Superior Court Case No. 3AN-05-9276 CI. This stay shall be lifted upon notification by the parties once the Superior Court case is resolved, whether by settlement or entry of judgment.

    2)    All discovery conducted in the Superior Court case, No. 3AN-05-9276 CI, including all written discovery and all depositions, shall be adopted by reference and incorporated into this case. After the State case is resolved and this case is re-activated the parties shall not be precluded from conducting additional discovery on issues not previously

addressed.  However, the parties shall avoid duplicative discovery.


DATED:  May 4, 2006                              /s/Timothy Burgess
                                                 Timothy M. Burgess
                                                 United States District Judge

Proposed Order Granting Stay
*Malloy v. Hanson et al.*
3:06-CV-00052 TMB
Page 2 of 2