DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-CV-00052 TMB |
| ) | |
| STATE OF ALASKA DEPARTMENT ) | |
| OF HEALTH AND SOCIAL ) | |
| SERVICES, and its COMMISSIONER; ) | |
| and KAREN PERDUE; SARAH T. ) | |
| HANSON; and the SUPERVISOR OF ) | |
| SARAH T. HANSON; and KAREN ) | **ENTRY OF APPEARANCE** |
| MASON; and MARLENE LESLIE, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Please take notice that Gilman Dana S. Burke, Assistant Attorney General, Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska, 99501, telephone number (907) 269-5190 hereby enters his appearance in the above-captioned matter on behalf of defendant Karen Mason. Karen Mason is a former employee of the State of Alaska, Department of Health and Social Services, Division of Family and Youth Services. The court

is reminded that undersigned counsel also represents defendants Sarah T. Hanson and Marlene Leslie in this matter. *See* docket at 17. The undersigned requests that copies of all notices motions and pleadings be sent to the undersigned at the address referenced above.

DATED this 15th day of September, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
ABA No. 9011085

This is to certify that on this date, a copy of the foregoing Entry of Appearance is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 9/15/06