DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA DEPARTMENT ) <br> OF HEALTH AND SOCIAL ) <br> SERVICES, and its COMMISSIONER; ) <br> and KAREN PERDUE; SARAH T. ) <br> HANSON; and the SUPERVISOR OF ) <br> SARAH T. HANSON; and KAREN ) <br> MASON; and MARLENE LESLIE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:06-CV-00052 TMB <br><br><br> **MOTION TO ALLOW TEMPORARY LIFT OF STAY TO ALLOW REMOVAL OF CLAIMS AGAINST DEFENDANT KAREN MASON IN ALASKA SUPERIOR COURT CASE NO. 3AN-05-9276 CI** |

By order dated May 4, 2006, docket at 19, this court entered an order staying this case pending the outcome of the related state court action styled: *Denali P. Malloy v. State of Alaska Department of Health and Social Services, et al.*, Alaska Superior Court Case No. 3AN-05-9276 CI. Karen Mason, a defendant in the state case who was only recently served and who had no knowledge of the lawsuit until she received service on August 17,

2006, requests through undersigned counsel that this court temporarily lift the stay so that the claims asserted against defendant Mason in the state case may be removed to federal court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.  Defendant Mason, whose undersigned counsel represents the State of Alaska in the Superior Court case and also represents individually named defendants Sarah T. Hanson and Marlene Leslie in this U.S. District Court matter, emphasizes that the relief from stay should be temporary only, and for the sole purpose of removal of the claims against defendant Mason.  The stay should automatically resume upon completion of the removal process.  A proposed order providing such relief is filed herewith.[1]

An order allowing a temporary lift of the stay for the purposes requested herein is clearly appropriate.  As is set forth in the accompanying Notice of Removal, defendant Mason (who is a former employee of the State of Alaska, Department of Health and Social Services, Division of Family and Youth Services), was only very recently served as a defendant in the state court case.  In that case, the plaintiff alleges both common law tort claims and claims brought under 42 U.S.C. § 1983.  This court has original jurisdiction over plaintiff's constitutional claims, and supplemental jurisdiction over plaintiff's common law claims pursuant to 28 U.S.C. § 1441(c).  Defendant Mason is an Idaho resident, and given that the amount in controversy exceeds $75,000 exclusive of interest and costs, this court has jurisdiction pursuant to 28 U.S.C. § 1332.  Now that defendant Mason has been formally

---

[1] The proposed order also directs that in the event additional defendants are joined or served in the Superior Court case, such defendants may seek removal of the claims against them without having to move for further relief from this court's stay.

joined as a party to the state case, she is entitled to remove plaintiff's claims asserted against her, for the same reasons defendants Sarah T. Hanson and Marlene Leslie were entitled to removal. *See* Notice of Removal as to Claims Asserted Against Defendants Hanson and Leslie, March 3, 2006, docket at 1. Because the claims against defendant Mason could not be removed until she was served, and because 28 U.S.C. § 1446(b) limits the amount of time that defendant Mason has to seek removal now that she has been served, it is appropriate and necessary for this court to temporarily lift its stay to allow removal.

It is undersigned counsel's understanding that counsel for the plaintiff does not intend to oppose this motion to temporarily lift the stay. Because opposing counsel is currently away on vacation, the undersigned cannot certify as to plaintiff's non-opposition. The undersigned nevertheless believes the non-opposition will be forthcoming. For this reason and all other reasons stated above, the court should enter the proposed order filed herewith.

DATED this 15th day of September, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/ Gilman Dana S. Burke
　　　Assistant Attorney General
　　　Office of the Attorney General
　　　1031 W. 4th Ave., Ste. 200
　　　Anchorage, AK 99501
　　　Phone: (907) 269-5190
　　　Fax:   (907) 258-0760
　　　Dana_Burke@law.state.ak.us
　　　TWC_ECF@law.state.ak.us
　　　ABA No. 9011085

This is to certify that on this date, a copy of the Motion to Lift Stay is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK 99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 9/15/06