DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DENALI P. MALLOY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-CV-00052 TMB |
| | ) | |
| STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER; and KAREN PERDUE; SARAH T. HANSON; and the SUPERVISOR OF SARAH T. HANSON; and KAREN MASON; and MARLENE LESLIE, | ) ) ) ) ) ) ) | **PROPOSED ORDER GRANTING MOTION TO ALLOW TEMPORARY LIFT OF STAY TO ALLOW REMOVAL OF CLAIMS AGAINST DEFENDANT KAREN MASON IN ALASKA** |
| Defendants. | ) ) ) | **SUPERIOR COURT CASE NO. 3AN-05-9276 CI** |

The court, having reviewed defendant Karen Mason's Motion to Allow Temporary Lift of Stay to Allow Removal of Claims Against Defendant Karen Mason in Alaska Superior Court Case No. 3AN-05-9276 CI, plaintiff's response, and any reply memorandum submitted, orders as follows:

2

1) The stay entered by this court by order dated May 4, 2006, docket at 16, is lifted temporarily for the sole purpose of allowing the removal of the claims asserted against defendant Karen Mason in Alaska Superior Court Case No. 3AN-05-9276 CI. Upon completion of the removal process as to Karen Mason, the stay will resume.

2) To the extent additional individually named defendants are, in the future, served with the complaint or otherwise joined as parties the Alaska Superior Court case, such individually named defendants may seek removal of the claims against them without having to request additional relief from this court's stay. The court orders that the relief from stay shall apply to all other removal actions, making it unnecessary for further requests to suspend the stay for removal purposes.

Dated: _____

Timothy M. Burgess
U.S. District Court Judge

This is to certify that on this date, a copy of the Proposed Order is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 9/15/06