DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DENALI P. MALLOY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  3:06-CV-00052 TMB |
| | ) | |
| STATE OF ALASKA DEPARTMENT | ) | |
| OF HEALTH AND SOCIAL | ) | |
| SERVICES, and its COMMISSIONER; | ) | |
| and KAREN PERDUE; SARAH T. | ) | |
| HANSON; and the SUPERVISOR OF | ) | |
| SARAH T. HANSON; and KAREN | ) | **NOTICE OF REMOVAL** |
| MASON; and MARLENE LESLIE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 1441 and § 1446, defendant Karen Mason, through

undersigned counsel, notifies the court of the removal of all claims asserted against defendant

Mason in the Alaska Superior Court Case entitled *Denali P. Malloy v. State of Alaska*

*Department of Health and Social Services, and its Commissioner; and Karen Purdue; Sarah*

*T. Hanson; and the Supervisor of Sarah T. Hanson; and Karen Mason; and Marlene Leslie,*

Case No. 3AN-05-9276 CI.  As is set forth below, removal of the state court claims against Karen Mason is appropriate at this time, since <u>Karen Mason was only recently served in the State Superior Court action, and only recently received a copy of the pleadings setting forth the claims against her</u>.  Because the prior Notice of Removal filed in this case on behalf of defendants Sarah T. Hanson and Marlene Leslie applied to those two defendants only (*see* docket at 1), a separate Notice of Removal on behalf of defendant Mason is necessary and appropriate.  Removal is based on the following:

1.    In June 2005, plaintiff filed her civil case styled: *Denali P. Malloy v. State of Alaska Department of Health and Social Services, Sarah Teaford and John Doe Teaford, husband and wife, Marlene Leslie and John Doe Leslie, husband and wife*, Case No. 3AN-05-9276 CI, in Superior Court, for the State of Alaska, Third Judicial District.  The original complaint alleged state law claims against the State of Alaska and state residents, and thus no part of the action was removable to federal court.  A copy of the original complaint has been previously provided to this court, Exhibit A to the original Notice of Removal, docket at 1.

2.    On February 2, 2006, plaintiff filed an amended complaint in state court, styled: *Denali P. Malloy v. State of Alaska Department of Health and Social Services, and its Commissioner; and Karen Purdue; Sarah T. Hanson; and the Supervisor of Sarah T. Hanson; and Karen Mason; and Marlene Leslie*, Case No. 3AN-05-9276 CI.  In addition to naming new parties, the amended complaint alleged a new claim for relief under 42 U.S.C. § 1983 for violation of plaintiff's civil rights (Count IV).  A copy of the amended complaint

has been previously provided to this court as Exhibit B to the original Notice of Removal, docket at 1.

3.     Pursuant to 28 U.S.C. § 1331 this Court has original jurisdiction over claims brought under 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 1441(c) this court has supplemental jurisdiction over state law claims in the same action.  This court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332, since defendant Mason is a resident of the state of Idaho and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4.     Removal is timely under 28 U.S.C. § 1446(b).  The amended complaint was served upon defendant Mason on August 17, 2006, and it was only upon service of the amended complaint that defendant Mason first received knowledge of and a copy of the pleadings stating claims against her.  Less than thirty (30) days has elapsed since defendant Mason's receipt of the amended complaint and notice of the plaintiff's federal law claims.

5.     Claims against the State of Alaska, its agencies and officials in an official capacity cannot be removed because the State has not waived its Eleventh Amendment immunity.  *See Confederated Tribes & Bands of the Yakima Indian Nation v. Locke*, 176 F.3d 467 (9th Cir. 1999).

6.     It should be noted that claims against additional defendants named in the state court action cannot be removed at this time because such additional named defendants have not been served, and have not requested representation by the Office of the Attorney General.

7.     A Notice of Filing Removal of a Civil Action, together with a copy of

3

this Notice of Removal pertaining to defendant Mason will be filed this day with the Clerk of

Trial Courts, Third Judicial District, State of Alaska.  Written notice of the filings and copies

of all filings will also be served on plaintiff's counsel.

DATED this 15th day of September, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:     s/ Gilman Dana S. Burke
        Assistant Attorney General
        Office of the Attorney General
        1031 W. 4th Ave., Ste. 200
        Anchorage, AK 99501
        Phone: (907) 269-5190
        Fax:    (907) 258-0760
        Dana_Burke@law.state.ak.us
        TWC_ECF@law.state.ak.us
        ABA No. 9011085

This is to certify that on this date, a copy of the
foregoing Notice of Removal is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 9/15/06