DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)269-5190
Fax: (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| DENALI P. MALLOY | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:06-CV-00052 TMB |
| STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER; and KAREN PERDUE; SARAH T. HANSON; and the SUPERVISOR OF SARAH T. HANSON; and KAREN MASON; and MARLENE LESLIE, | ) | **NOTICE OF FILING AND DESIGNATION OF STATE COURT PROCEEDING RECORDS** |
| Defendants. | ) | |

Defendant Karen Mason, through undersigned counsel, gives notice to the court of filing copies of records and proceedings held to date in the state court matter of *Denali P. Malloy v. State of Alaska DHHS, et al.,* Case No. 3AN-05-9276 CI, which case is the subject of defendant Mason's Notice of Removal. A copy of each state court document not previously provided to this court is attached hereto. The court is reminded that the claims

against defendants Sarah T. Hanson and Marlene Leslie were previously removed to this court. *See* docket at 1. In connection with that removal action, this court has already been provided state court records. *See* Notice of Filing and Designation of State Court Proceeding Records dated March 17, 2006, docket at 7. Therefore, defendant Mason provides herewith an updated list of all records and proceedings in Case No. 3AN-05-9276 CI, along with a copy of each state court document filed **after** March 17, 2006. The date each document was filed or issued in the superior court is as follows:

1. 6/30/05 Complaint **(copy previously provided to this court)**;

2. 6/30/05 Summons (State of Alaska Department of Health and Social Services) **(copy previously provided to this court)**;

3. 6/30/05 Summons (Marlene Leslie) **(copy previously provided to this court)**;

4. 6/30/05 Summons (John Leslie) **(copy previously provided to this court)**;

5. 6/30/05 Summons (John Doe Teaford) **(copy previously provided to this court)**;

6. 6/30/05 Summons (Sarah Teaford) **(copy previously provided to this court)**;

7. 8/08/05 Motion for Out-of-State Attorney to Appear & Participate **(copy previously provided to this court)**;

8.  8/17/05    Limited Entry of Appearance of David H. Knapp **(copy previously provided to this court)**;

9.  9/01/05    Order Granting Motion for Out-of-State Attorney to Appear & Participate **(copy previously provided to this court)**;

10. 9/09/05    Notice of Attorney Absence **(copy previously provided to this court)**;

11. 12/06/05   Motion for Order Allowing Inspection **(copy previously provided to this court)**;

12. 12/09/05   Initial Pretrial Order **(copy previously provided to this court)**;

13. 12/19/05   Unopposed Motion for Extension of Time for Defendant's to Respond to Plaintiffs Motion for an Order Allowing Inspection of Certain Confidential Records **(copy previously provided to this court)**;

14. 12/20/05   Order Granting State of Alaska's Motion for Extension of Time **(copy previously provided to this court)**;

15. 12/22/05   Notice of Filing Proposed Trial Dates **(copy previously provided to this court)**;

16. 12/30/05   Routine Pretrial Order **(copy previously provided to this court)**;

17. 1/06/06    Stipulation and Request for An Order Regarding the Production and Use of Confidential DHSS files. **FILED UNDER SEAL (copy previously provided to this court)**;

18. 1/06/06 Second Demand for Jury Trial **(copy previously provided to this court)**;

19. 1/10/06 Order Binding the Terms of the Stipulation Between the Parties Re Confidential Files **(copy previously provided to this court)**;

20. 1/12/06 Motion and Memorandum to Reconsider Routine Pretrial Order **(copy previously provided to this court)**;

21. 1/13/06 Amended Routine Pretrial Order **(copy previously provided to this court)**;

22. 1/17/06 Order Allowing Document Inspection **(copy previously provided to this court)**;

23. 1/26/06 Non-Opposed Motion to Enlarge Time to Amend Complaint **(copy previously provided to this court)**;

24. 1/31/06 Order Granting Plaintiff's Motion to File Her Amended Complaint **(copy previously provided to this court)**;

25. 2/02/06 Amended Complaint for Negligence, Gross Negligence and Reckless Disregard; Intentional Infliction of Emotional Distress; Breach of Fiduciary Duty; and Violation of Civil Rights **(copy previously provided to this court)**;

26. 2/17/06 Amended Summons (Supervisor of Sarah T. Hanson(To Be Named Later)) **(copy previously provided to this court)**;

27. 2/17/06 Amended Summons (Karen Perdue) **(copy previously provided to this court)**;

28. 2/17/06   Amended Summons (State of Alaska – Department of Health and Social Services) **(copy previously provided to this court)**;

29. 2/17/06   Amended Summons (Karen Mason) **(copy previously provided to this court)**;

30. 2/17/06   Amended Summons (Sarah T. Hanson) **(copy previously provided to this court)**;

31. 2/27/06   Return of Service on Sarah T. Hanson **(copy previously provided to this court)**;

32. 3/03/06   Notice of Filing Removal of A Civil Action **(copy previously provided to this court)**;

33. 3/15/06   Notice of Filing Third-Party Complaint Without Leave of the Court **(copy previously provided to this court)**;

34. 3/15/06   Answer and Third-Party Complaint of DHSS to Plaintiff's Amended Complaint **(copy previously provided to this court)**;

35. 4/15/06   Answer of Karen Jean Mason (**wrong person − mistakenly served by plaintiff**);

**(THE FOLLOWING DOCUMENTS ARE PROVIDED HEREWITH)**

36. 4/26/06   Substitution of Counsel;

37. 4/26/06   Motion, Memorandum and Proposed Order for Approving Defendants' Filing of Third-Party Complaint;

38. 4/26/06    Defendant State of Alaska's Third-Party Complaint Against James Eller;

39. 5/15/06    Plaintiff's Response and Limited Stipulation to Defendants' Notice of Filing Third-Party Complaint;

40. 5/19/06    Order Approving Defendants' Filing of Third-Party Complaint;

41. 5/22/06    Signed Order Accepting Non-Conforming Answer;

42. 7/24/06    Order;

43. 8/8/06    Affidavit of Service; and

44. 8/15/06    Defendants/Third-Party Plaintiffs' Preliminary Witness List.

DATED this 15th day of September, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:    s/ Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760
Dana_Burke@law.state.ak.us
TWC_ECF@law.state.ak.us
ABA No. 9011085

This is to certify that on this date, a copy of this
Notice of Filing and Designation
of State Court Records is being mailed to:

Carmen Kay Denny           Donald D. Cook
310 K Street, Suite 200    800 Bellevue Way NE, Suite 400
Anchorage, AK  99501       Bellevue, WA  98004

Hugh Fleischer (Electronically)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 9/15/06