IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL )<br>SERVICES, and its COMMISSIONER; )<br>and KAREN PERDUE; SARAH T. )<br>HANSON; and the SUPERVISOR OF )<br>SARAH T. HANSON; and KAREN )<br>Mason; and MARLENE LESLIE, )<br>)<br>Defendants. ) | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3AN-05-9276 CI |

## SUBSTITUTION OF COUNSEL

Dana S. Burke, Assistant Attorney General, Department of Law, 1031 W. 4th Avenue, Suite 200, Anchorage, Alaska 99501, telephone (907) 269-5190, fax (907) 258-0760, hereby gives notice of his substitution, replacing Assistant Attorney General David H. Knapp as counsel for the defendants State of Alaska, Sarah T. Hanson and Marlene Leslie.

The court and opposing counsel are respectfully requested to send copies of all future notices and pleadings to Mr. Burke at the address referenced above.

DATED this 26 day of April, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Dana S. Burke
Assistant Attorney General
ABA No. 9011085

This is to certify that on this date, a copy of the foregoing is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK 99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

Chelsea Greene  4.26.06
Law Office Assistant    Date

Substitution of Counsel
*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 2

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100