IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman )
)
          Plaintiff, )
)
     v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL )
SERVICES, and its COMMISSIONER; )
and KAREN PERDUE; SARAH T. )
HANSON; and the SUPERVISOR OF )
SARAH T. HANSON; and KAREN )
Mason; and MARLENE LESLIE, )
)
          Defendants. )    Case No. 3AN-05-9276 CI
)
_____ )
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL )
SERVICES )
)
          Third-Party Plaintiff )
)
     v. )
)
JAMES C. ELLER JR. )
)
          Third-Party Defendant )
_____ )

**DEFENDANT STATE OF ALASKA'S THIRD-PARTY COMPLAINT AGAINST JAMES ELLER**

**PARTIES**

    1.    Defendant/Third-Party Plaintiff State of Alaska, Department of Health and Social Services (the State), files this third-party complaint against Third-Party

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Defendant James C. Eller Jr. (Eller) seeking 100% apportionment of fault against Eller pursuant to AS 09.17.080. The State's claim is based upon Eller's 100% fault for the events and injuries alleged in Plaintiff Denali P. Malloy's Amended Complaint dated February 2, 2006.

2.     The State is in all ways qualified to pursue this Third-Party Complaint.

3.     Third-Party Defendant Eller is a resident of the State of Alaska, Third Judicial District at Anchorage.

4.     This court has jurisdiction over the parties and the subject matter, and this Third-Party Complaint is filed in the appropriate venue.

## ALLEGATIONS

5.     In her Amended Complaint, Plaintiff Denali P. Malloy alleges that in 1996, when she was a minor, she was sexually assaulted by Eller, her foster parent. See Plaintiff's Amended Complaint ¶¶ 2.1 – 2.4.

6.     Plaintiff alleges, correctly, that Eller was subsequently charged with sexual abuse of a minor, first degree, and was convicted for his crimes. Id at ¶ 2.7.

7.     Plaintiff alleges that the State and certain of its employees are liable for injuries sustained as a result of Third-Party Defendant Eller's criminal acts. The State, on its own behalf and on behalf of its employees, denies any and all liability.

SOA's Third-Party Complaint
*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 4

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

## CAUSE OF ACTION

8.    The State restates and incorporates herein by reference its allegations in ¶¶ 1-7, above.

9.    The State alleges that Third-Party Defendant Eller is solely responsible for Plaintiff's injuries arising out of Eller's sexual assault of the Plaintiff. Based on Eller's sole liability, 100% fault should be assessed against Third-Party Defendant pursuant to AS 09.17.080.

Wherefore, the State prays for the following relief:

a)    An order dismissing all claims brought by Plaintiff against the State and its employees, with prejudice;

b)    An order apportioning 100% fault to Third-Party Defendant Eller, pursuant to AS 09.17.080;

c)    An award of costs and attorney fees incurred by the State in defending against Plaintiff's lawsuit and in pursuing its third-party claim against Eller;

d)    Such other relief as this Court deems just and equitable.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED this __26__ day of April, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Dana S. Burke
Assistant Attorney General
ABA No. 9011085

This is to certify that on this date, a copy of the foregoing is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

_Chelsea Greene_  4.24.06
Law Office Assistant           Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA  99501
PHONE: (907) 269-5100

SOA's Third-Party Complaint
_Malloy v. SOA DHSS et al._
3AN-05-9276 CI
Page 4 of 4