IN THE SUPERIOR COURT OF THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT
AT ANCHORAGE

DENALI P. MALLOY, a single woman

    Plaintiff,

v.

STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES; and its COMMISIONER; and KAREN PERDUE; SARAH T. HANSON; and the SUPERVISOR of SARAH T. HANSON; and KAREN MASON; and MARLENE LESLIE,

    Defendants.

CASE NO. 3 AN 059276 Ci

PLAINTIFF'S RESPONSE AND LIMITED STIPULATION TO DEFENDANTS' NOTICE OF FILING THIRD PARTY COMPLAINT

    Plaintiff Denali P. Malloy, by and through her counsel, Donald D. Cook and C. Kay Denny, makes no objection on the basis of procedure to defendants' filing their third party complaint without leave of the Court but reserves for trial all substantive issues including but not limited to the fault and negligence of defendants State of Alaska Department of Health and Social Services and Sarah T. Hanson and Marlene Leslie and the joint and several liability of defendants and third-party defendant.

    Respectfully Submitted this 15th day of May, 2006.

by _____
Donald D. Cook, WSBA 21672
Attorneys for Plaintiff

AMENDED COMPLAINT FOR PERSONAL INJURY – Page 1 of 2    MALLOY V. STATE OF ALASKA, ET AL

LAW OFFICE OF DONALD D. COOK
800 Bellevue Way N.E., Suite 400
Bellevue, Washington 98004
Tel. 425 235-2665/ Fax. 253-3226

AND

CARMAN KAY DENNY, ATTORNEY AT LAW
310 K Street, Suite 200
Anchorage, Alaska 99501
Tel. 907 264-6687

## CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that on the ____ day of Mat, 2006, a true and correct copy of the foregoing document was mailed as follows:

To: State of Alaska, Department of Health & Social Services, David Knapp.

AMENDED COMPLAINT FOR PERSONAL INJURY – Page 2 of 2   MALLOY V. STATE OF ALASKA, ET AL

| LAW OFFICE OF DONALD D. COOK | | CARMAN KAY DENNY, ATTORNEY AT LAW |
|---|---|---|
| 800 Bellevue Way N.E., Suite 400 | | 310 K Street, Suite 200 |
| Bellevue, Washington 98004 | AND | Anchorage, Alaska 99501 |
| Tel. 425 235-2665/ Fax. 253-3226 | | Tel. 907 264-6687 |