IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL )<br>SERVICES, and its COMMISSIONER; )<br>and KAREN PERDUE; SARAH T. )<br>HANSON; and the SUPERVISOR OF )<br>SARAH T. HANSON; and KAREN )<br>Mason; and MARLENE LESLIE, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3AN-05-9276 CI |

**ORDER APPROVING DEFENDANT'S FILING OF THIRD-PARTY COMPLAINT**

The Court, having reviewed Defendant State of Alaska's Motion for Order Approving Defendant's Filing of Third-Party Complaint and all opposition and reply memoranda, hereby rules that the motion is Granted. The Court clerk is instructed to file the State's Third-Party Complaint, which the State has lodged with the Court. The State, in its capacity is Third-Party Plaintiff, is authorized to obtain a subpoena to achieve service on Third-Party Defendant Eller. Hereafter, the case caption utilized by the State in its Third-Party Complaint shall be used in all pleadings.

1  Dated: __5/19/06__                                    __Mark Rind___
2                                                        Mark Rindner
                                                         Superior Court Judge
3
4
5
6
7   This is to certify that on this date, a copy of the
    foregoing is being mailed to:
8
                                                         I certify that on __May 22, 2006__ a copy
    Carmen Kay Denny                                     of the above was mailed to each of the following at
9   310 K Street, Suite 200                              their addresses of record:
    Anchorage, AK 99501                                  C. Denny        AG-Burke
10                                                       K. Mason        D. Cook
    Donald D. Cook
11  800 Bellevue Way NE, Suite 400                       __(signature)__
    Bellevue, WA 98004                                   Administrative Assistant
12
    __Chelsea Grewe__   4.26.04
13  Law Office Assistant      Date
14
15
16
17
18
19
20
21
22
23
24
25
26

*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 2

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100