IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER; and KAREN PERDUE; SARAH T. HANSON; and the SUPERVISOR OF SARAH T. HANSON; and KAREN MASON; and MARLENE LESLIE,<br><br>Defendants. | <br><br>Case No. 3AN-05-9276 CI |

## ORDER

The April 15, 2006 letter of Karen Mason is accepted as a non-conforming answer.

DATED at Anchorage, Alaska, this 22nd day of May 2006.

_____
MARK RINDNER
Superior Court Judge

I certify that on May 22, 2006 a copy was mailed to:
C. Denny            AG-Burke
K. Mason            C. Cook

_____
Administrative Assistant