IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER; and KAREN PERDUE; SARAH T. HANSON; and the SUPERVISOR OF SARAH T. HANSON; and KAREN MASON; and MARLENE LESLIE,<br><br>Defendants. | JUL 2 4 2006<br>DEPARTMENT OF LAW<br>OFFICE OF THE ATTORNEY GENERAL<br>JUDICIAL DISTRICT<br>ANCHORAGE, ALASKA |

Case No. 3AN-05-9276 CI

### ORDER

Mr. Eller's letter of July 6, 2006 is treated as an Answer to the Third-Party Complaint.

Mr. Eller is advised that this is a civil action. The Court has no authority to appoint him an attorney in this case.

DATED at Anchorage, Alaska, this 24th day of July 2006.

_____
MARK RINDNER
Superior Court Judge

I certify that on July 24, 2006 a copy was mailed to:
C. Denny        AG-Burke
K. Mason        Eller

_____
Administrative Assistant