IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL )<br>SERVICES, and its COMMISSIONER; )<br>and KAREN PERDUE; SARAH T. )<br>HANSON; and the SUPERVISOR OF )<br>SARAH T. HANSON; and KAREN )<br>Mason; and MARLENE LESLIE, )<br>)<br>Defendants. )<br>_____ )<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL )<br>SERVICES )<br>)<br>Third-Party Plaintiff )<br>)<br>v. )<br>)<br>JAMES C. ELLER JR. )<br>)<br>Third-Party Defendant )<br>_____ )| Case No. 3AN-05-9276 CI |

**AFFIDAVIT OF SERVICE**

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

In compliance with the requirements of ARCP 4(f), Kimberly A. Halstead, being duly sworn, states as follows:

1. I am a Paralegal who is currently employed by the State of Alaska Department of Law, Office of the Attorney General.

2. State of Alaska Office of the Attorney General has been identified as the counsel of record for Defendant/Third-Party Plaintiff State of Alaska.

3. On July 27, 2006, Third-Party Defendant James Eller was served personally with copies of the Summons, Order Approving Defendant's Filing of the Third-Party Complaint and Defendant's Third-Party Complaint at 612 E. 14th Avenue #2, Anchorage, Alaska 99501 by process server Abbie Debbie of Inquest Agency.

3. A Return of Service which has been signed by Abbie Debbie has been attached hereto as Exhibit A.

4. To the best of my knowledge at this time no additional Third-Party Defendants have been identified.

DATED at Anchorage, Alaska, this 8th day of August, 2006.

DAVID W. MARQUEZ
ATTORNEY GENERAL

By: *(signature)*
Kimberly A. Halstead
Paralegal

Affidavit of Service
*Malloy v. SOA, et al.*
3AN-05-9276 CI
Page 2 of 3

SUBSCRIBED AND SWORN to before me at Anchorage, Alaska this 7th day of August, 2006.



Ann Vigil
Notary Public in and for
the State of Alaska

My Commission Expires: 11/22

CERTIFICATE OF SERVICE
This is to certify that on this date, a copy of the foregoing is being mailed to:

Carmen Kay Denny
c/o Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

James C. Eller, Jr.
612 E. 14th Avenue #2
Anchorage, AK 99501

Ann Vigil    8/8/06
Ann Vigil    Date

Affidavit of Service
*Malloy v. SOA, et al.*
3AN-05-9276 CI
Page 3 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Denali Malloy
vs.
State of Alaska et al.

-vs-

James C. Eller Jr.
Third Party

3AN-05-9276 CI

# RETURN OF SERVICE

I certify that on <u>Tuesday, June 27, 2006</u> at <u>11:18 a.m.</u> I served the following documents:

Summons and Notice to Both parties of Judicial Assignment, Order Approving Defendant's Filing of Third-Party Complaint, Defendant State of Alaska's Third-Party Complaint Against James Eller

for service upon <u>James C. Eller</u>,

by leaving a true and correct copy with James C. Eller located at <u>612 E 14th Ave.</u> in Anchorage, Alaska

SUBSCRIBED AND SWORN to before me on June 27, 2006

_____
Civilian Process Server / Abbie Diller

_____
Notary Public in and for the State of Alaska.



Client: Attorney General's Office
       1031 W. 4th Avenue, Suite 200  Anchorage, AK. 99501
Attention: Kim Halstead
File No: 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
Service Fee: $45.00
Mileage: $0.00
Endeavor: $0.00
Endeavor: $0.00
Total: $45.00

**InQuest Agency**
308 G St. Suite 220
Anchorage, Alaska 99501
(907) 272-2201
inquestagency.com

Exhibit ___A___
Page __1__ of __2__

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

Denali P. Malloy
          Plaintiff(s),
vs.
State of Alaska, et. al.,
          Defendant(s) & TPP
vs
James C. Eller Jr.
          Third-Party Defendant(s).

CASE NO. 3AN-05-9276 CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: James C. Eller Jr.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Carmen K. Denny, whose address is: 310 K Street, #200, Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.state.ak.us/courts/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge RINDNER and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

Date: 06-26-06

By: _____ Deputy Clerk

THIRD PARTY → I certify that on 06-26-06 a copy of this Summons was [ ] mailed [X] given to P.S. INQUEST
[X] plaintiff [ ] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/05)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

Exhibit A
Page 2 of 2