IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman )
)
Plaintiff, )
)
v. )
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL )
SERVICES, and its COMMISSIONER; )
and KAREN PERDUE; SARAH T. )
HANSON; and the SUPERVISOR OF )
SARAH T. HANSON; and KAREN )
Mason; and MARLENE LESLIE, )
)
Defendants. )   Case No. 3AN-05-9276 CI
_____)

**MOTION FOR ORDER APPROVING DEFENDANT'S FILING OF THIRD PARTY COMPLAINT**

Defendant State of Alaska, Department of Health and Social Services (the State), through counsel and pursuant to Alaska R. Civ. P 14(c) and AS 09.17.080, moves for an order approving the State's filing of its Third-Party Complaint against Third-Party Defendant James Eller (Eller). An abridged version of the State's third-party complaint was originally incorporated into the State's Answer to Amended Complaint, filed on March 15, 2006. The abridged third-party complaint was filed without leave of court <u>after</u> the deadline for joining third parties without leave of court. The State has now prepared a separate pleading entitled "Defendant State of Alaska's Third-Party Complaint Against

James Eller," lodged herewith. The State seeks an order authorizing the third-party complaint.

This motion is supported by the accompanying Memorandum of law. A proposed order is provided.

DATED this 26 day of April, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *[signature]*
Dana S. Burke
Assistant Attorney General
ABA No. 9011085

This is to certify that on this date, a copy of the foregoing is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK 99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

*[signature]* Chelsea Greene   4.26.06
Law Office Assistant            Date

Motion for Order Approving 3rd Party Complaint
*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 2

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DENALI P. MALLOY, a single woman ) | |
| Plaintiff, ) | |
| v. ) | |
| STATE OF ALASKA DEPARTMENT ) OF HEALTH AND SOCIAL ) SERVICES, and its COMMISSIONER; ) and KAREN PERDUE; SARAH T. ) HANSON; and the SUPERVISOR OF ) SARAH T. HANSON; and KAREN ) Mason; and MARLENE LESLIE, ) | |
| Defendants. ) | Case No. 3AN-05-9276 CI |

**ORDER APPROVING DEFENDANT'S FILING OF THIRD-PARTY COMPLAINT**

The Court, having reviewed Defendant State of Alaska's Motion for Order Approving Defendant's Filing of Third-Party Complaint and all opposition and reply memoranda, hereby rules that the motion is Granted. The Court clerk is instructed to file the State's Third-Party Complaint, which the State has lodged with the Court. The State, in its capacity is Third-Party Plaintiff, is authorized to obtain a subpoena to achieve service on Third-Party Defendant Eller. Hereafter, the case caption utilized by the State in its Third-Party Complaint shall be used in all pleadings.

Dated: _____

_____
Mark Rindner
Superior Court Judge

This is to certify that on this date, a copy of the foregoing is being mailed to:

Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK 99501

Donald D. Cook
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004

_Chelsea Grewe_   4.26.06
Law Office Assistant       Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

*Malloy v. SOA DHSS et al.*
3AN-05-9276 CI
Page 2 of 2