## DEPARTMENT OF LAW

CRIMINAL DIVISION/ THIRD JUDICIAL DISTRICT
OFFICE OF THE DISTRICT ATTORNEY

October 27, 1997

TONY KNOWLES, GOVERNOR

PLEASE REPLY TO:

- 310 K STREET, SUITE 520
  ANCHORAGE, ALASKA 99501-1975
  PHONE: (907) 269-6300

- P.O. BOX 470
  DILLINGHAM, ALASKA 99576-0470
  PHONE: (907) 842-2182

- 120 TRADING BAY RD., SUITE 200
  KENAI, ALASKA 99611-7716
  PHONE: (907) 283-3131

- 424 MARINE WAY, SUITE 202
  KODIAK, ALASKA 99615-7300
  PHONE: (907) 486-6744

- 809 S. CHUGACH STREET, SUITE 9
  PALMER, ALASKA 99645-9998
  PHONE: (907) 745-5027

DFYS - Sarah Reaford
550 W. 8th, Suite 304
Anchorage, AK 99501

RE: STATE OF ALASKA V. James Eller

Court #: 3AN-S96-9174 Cr.

Dear Sarah

This letter is being sent to advise you of the final case status in the above criminal proceeding. The defendant in this case has been sentenced and our criminal case file is now closed. A copy of the official judgment in this case is attached for your records.

Also, I have enclosed a form that is from the Department of Corrections. This form is for your use if you decide that you want to receive notice of any parole hearings, jail release dates or other changes in the defendant's custody status. If you have already sent in such a request, please save this copy just in case you change your address in the future. Please remember that it is your responsibility to notify the Department of Corrections of any change in address or other contact information. If they do not have your current information on file, you will not receive any notices. I hope this information is helpful.

Should you have any questions about the sentence in this case, please give me a call. I will keep a copy of this judgment in my office if you want to review it with me over the phone.

Sincerely yours,

Susie Kaltenbacher
Paralegal Assistant
1 (907) 269-6323
1 (800) 770-8622 toll free

Exhibit A
Page 1 of 8

Victim: Denali Malloy (DOB: 7/10/85)

AN11-1803-96

Screen For VRA

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

STATE OF ALASKA )
)
          Plaintiff, )
)
vs. )
)
JAMES C. ELLER, JR. )
          Defendant. )   CASE NO. 3AN S96-9174   CR
DOB: 1-16-55 )   JUDGMENT AND ORDER OF
ID No. 461951   ATN 100 123 254 )   COMMITMENT/PROBATION

Defendant has been convicted upon his plea of no contest.

| Count | Date of Offense | Offense | Statute Violated |
|---|---|---|---|
| I | 8/96 - 10/96 | Sexual Abuse in the First Degree | AS 11.41.434(a)(3)(A) and/or (B) |

and the following charges were dismissed:

| Count | Date of Offense | Offense |
|---|---|---|
| II & III | 8/96 - 10/96 | Sexual Abuse of Minor in the Second Degree |

RECEIVED APR 28 1997
Other...
Third Judicial...
Anchorage, Alaska

Exhibit **A**
Page 2 of 8

Page 1 of 5
CR-470wp (3/96)
JUDGMENT AND ORDER OF COMMITMENT/PROBATION
SUPERIOR COURT

AS 12.55.090-.110

State vs. James C. Eller, Jr.                                  Case No. 3AN S96-9174 CR

Defendant came before the court on 4-18-97 with counsel, Randall Patterson, and the District Attorney present.

IT IS ORDERED that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s):

Twelve (12) years with four (4) years suspended, probation for ten (10) years on General and Special Conditions.

The sentence is:
   __8 years is__ presumptive. The defendant is ineligible for parole, except as provided in AS 33.16.090(b) and (c).

   __ non-presumptive. The defendant is eligible for parole.

IT IS ORDERED that the defendant shall receive credit for all time previously served that is legally allocable solely to this case.

IT IS ORDERED that defendant's probation be terminated early if he completes 60 consecutive months of probation with no violations.

IT IS FURTHER RECOMMENDED that defendant be incarcerated at the Hiland Mountain facility for a sufficiently long time to enable him to complete the sex offender treatment program available there.

Exhibit __A__
Page __3__ of __8__

Page 2 of 3
CR-470wp (3/96)
JUDGMENT AND ORDER OF COMMITMENT/PROBATION -
SUPERIOR COURT

AS 12.55.090-.110
Crim. R. 32

State vs. James C. Eller, Jr.  Case No. 3AN S96-9174 CR

## SPECIAL CONDITIONS OF PROBATION

1. Successfully complete an approved sexual offender treatment program as directed by the Department of Corrections. The defendant is not to discontinue treatment without the written approval of the Probation/Parole Officer, and must authorize the program to provide progress reports/evaluations.

2. Have no contact with girls under the age of sixteen without the written approval of the Probation/Parole Officer.

3. Have no communication or contact with the victim or the victim's family of the present offense. This includes written correspondence, taped conversation, telephone contact, or any communication through a third party, while incarcerated and following release to supervision.

4. Not accept employment or engage in any volunteer community activity which involves contact with girls under the age of sixteen.

5. If directed by the probation officer, enter into and successfully complete any mental health, anger/stress management or other counseling, to include ingesting medication, as recommended by the doctor and/or treatment program.

6. Register as a sex offender with the State of alaska Department of Public Safety as required by law at all times.

7. The defendant shall submit to the drawing of blood and the taking of fingerprints, at a time and place specified by officials of the correctional institution.

Exhibit A
page 4 of 8

State vs. James C. Eller                          Case No. 3AN S96-9174 CR

THE PROBATION HEREBY ORDERED EXPIRES (10) years after the day of the defendant's initial release from incarceratin.

Any appearance bond in this case is:
XX  exonerated.
___ exonerated when defendant reports to the jail to serve the sentence.
___ Other:

April 18, 1997                                    _____
Effective Date                                              Judge

                                                  MILTON M. SOUTER
                                                  Type Judge's Name

## NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

**Sentence Appeal.** If you are ordered to serve more than two years in jail, you may appeal the sentence to the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the supreme court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

[XX] Because you have been convicted of one of the sex offenses listed in AS 12.63.100(3), you must register as described in the attached Sex Offender Registration Requirements form (CR-471).

I certify that on  4-28-97                         I certify that on _____
a copy of this judgment was sent to:               a copy of this judgment was sent to:

✓ DA                                               ___ Jail          ___ Probation Officer
___ Defense Atty. RD                               ___ DOC           ___ DPS-Juneau
___ DOC                                            ___ Data          ___ DPS-Fingerprint Sect.
                                                   ___ Term.         ___ Defendant,
Sec./Clerk: _D. Broacks_                           ___ Off. Loc.           through _____
                                                   ___ Exhibit Clerk

                                                   Clerk: _____

                                                   Exhibit ___A___
                                                   Page ___5___ of ___8___

CR-470wp (3/96)
JUDGMENT AND ORDER OF COMMITMENT/PROBATION -
SUPERIOR COURT                                     AS 12.55.090-.110
                                                   Crim. R. 32

State vs. JAMES C. ELLER                Case No. 3AN S96-9174 CR

## SEX OFFENDER REGISTRATION REQUIREMENTS

(Attachment to Judgment)

You must register because you have been convicted of one of the sex offenses listed in AS 12.63.100(3).

**WHEN:** You must register within 7 days after:

- your sentencing if you are not sentenced to jail, **or**
- your release from an Alaska jail or prison, **or**
- your return to Alaska after your release from an out-of-state jail or prison.

You must also register:

- within 10 days any time you change your residence in Alaska, **and**

- within 14 days after your return to Alaska if you leave for any reason other than to serve a jail sentence in this case.

**WHERE:** You must register in person at the Alaska State Trooper post or municipal police department closest to the place where you reside.

**HOW:** You must complete a registration form, and submit to fingerprinting and photographing.

**ANNUAL UPDATE REQUIRED.** When you register, an annual renewal date will be set. Each year on that date you must give written notice of any change in the information previously submitted by you or state in writing that there are no changes.

**HOW LONG.** You are required to comply with these registration requirements as follows:

1) For life if you are convicted of two or more sex offenses;
2) For 15 years after your unconditional discharge from a conviction for a single sex offense.

**QUESTIONS.** If you have questions, contact the Permits and Licensing Unit, Department of Public Safety, 117 West 4th Avenue, Anchorage, AK 99502. Phone: 258-8892.

Exhibit _A_
Page _6_ of _8_

CR-47 iwp (3/95)                                          AS 12.55.148
SEX OFFENDER REGISTRATION REQUIREMENTS

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA, )
)
         Plaintiff, )
)
vs. )
)
JAMES ELLER, )
)
         Defendant. )
_____)

Court No. 3AN-S96-9174 Cr.

### SENTENCING ORDER AND CONDITION OF PROBATION REQUIRING DEFENDANT TO ALLOW A BLOOD SAMPLE TO BE DRAWN

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

IT IS HEREBY ORDERED that

The defendant shall submit to the drawing of blood and the taking of fingerprints, at a time and place specified by officials of the correctional institution.

This order is both a condition of probation and a separate order of the court. Violation can result in revocation of probation, or a finding of contempt of court, or both.

Dated this 18th day of April, 1997, at Anchorage, Alaska.

_____
Superior Court Judge

I certify that on 4-28-97 a copy of the above was mailed to each of the following at their addresses of record: OAPD/DOC

_____
Secretary/Deputy Clerk

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Exhibit A
Page 7 of 8

STATE OF ALASKA                                           DEPARTMENT OF CORRECTIONS

## VICTIM'S RIGHT TO NOTIFICATION

After reviewing page one of this form, you are asked to check the appropriate line below and provide the information requested.

____ I request notice of hearings so that I may provide written comment regarding community custody and possible release of the prisoner.

____ I request advance notification of the prisoner's release, the geographic area of release and other pertinent information that may affect me.

____ I request both of the above.

____ I do not wish further contact with the Department of Corrections regarding this prisoner.

_____          _____
Date                          Signature

OR, If victim is a minor or otherwise unable to sign.

_____          _____
Date                          Victim Representative or Agent

If any of the first three items above are checked, please provide the following information in legible writing:

Victim's Name:

Mailing Address:


Offender Name:

Case Number(s):

Mail this page and future address changes to:

DEPARTMENT OF CORRECTIONS
DATA PROCESSING
P.O. BOX 112000
JUNEAU, AK 99811

(On all address changes, be sure to give the offender's name and case number.)

-2-

Exhibit ___A___
Page __8__ of __8__