RECEIVED
OCT 10 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

1  Donald D. Cook
   Attorney at Law
   800 Bellevue Way NE, Suite 400
2  Bellevue, WA 98004
   Phone: (425) 235-2665
3  Carmen Kay Denny
4  310 K Street, Suite 200
   Anchorage, AK 99501
5  Phone: (907) 264-6687

6  Attorneys for Plaintiff

7            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
8

9  DENALI P. MALLOY, a single woman,  )
                                      )
10              Plaintiff,            )
                                      )     Case No.: 3:06-CV-00052 TMB
11  v.                                )
                                      )
12                                    )     PLAINTIFF'S RESPONSE TO
    STATE OF ALASKA DEPARTMENT        )     DEFENDANTS MOTION TO ALLOW
13  OF HEALTH AND SOCIAL SERVICES,    )     TEMPORARY LIFT OF STAY TO
    and its COMMISSIONER; and KAREN   )     ALLOW REMOVAL OF CLAIMS
14  PERDUE; SARAH T. HANSON; and      )     AGAINST DEFENDANT KAREN
    The SUPERVISOR OF SARAH T.        )     MASON IN ALASKA SUPERIOR
15  HANSON; and KAREN MASON; and      )     COURT CASE NO 3 AN-059276 CI
    MARLENE LESLIE,                   )
16                                    )
                                      )
17              Defendants.           )
                                      )
18

19      Plaintiff, through counsel, responds to defendant's motion to allow temporary lift of stay

20  allowing removal of claims against defendant Karen Mason in Alaska Superior Court Case

    No.: 3AN-05-9276 CI as follows:
21

22      Plaintiff does not oppose this motion to lift the stay and remove Karen Mason as a

23  defendant. However, plaintiff may add additional defendants as discovery identifies who the

24  proper defendant or defendants should be. The plaintiff intends to continue her common law

    tort claims and claims brought under 42 USC § 1983.
25

MALLOY v. ALASKA  Case No. 3:06-CV-00052 TMB          Law Office of Donald D. Cook.
RESPONSE TO MOTION TO ALLOW TEMPORARY                      Attorney at Law
LIFT OF STAY                                         800 Bellevue Way NE, Suite 400
Page 1 of 2                                              Bellevue, WA  98004
                                                Tel: (425) 235-26654045  Fax (253) 520-3226

ORIGINAL

1    /

    /

2    /

3    Dated this 2ⁿᵈ day of October, 2006, at Bellevue, Washington.

4

5                                Law Office of Donald D. Cook

6                                _Donald D. Cook_
                                 Donald D. Cook, WSBA #21672
7                                Attorneys for Plaintiff

8    Dated this _6_ day of October, 2006, at Anchorage, Alaska.

9

10                               _Carmen_
                                 Carmen Kay Denny
11                               Attorneys for Plaintiff

12

13   This is to certify that on this date, a copy of the
     Foregoing is being mailed to:  10/10/06

14   Dana Burke
     Office of the Attorney General
15   1031 W. 4ᵗʰ Ave., Suite 200
     Anchorage, AK 99501

16   Hugh Fleischer
     310 K. Street, Suite 200
17   Anchorage, AK 99501

18

19

20

21

22

23

24

25
     MALLOY v. ALASKA  Case No. 3:06-CV-00052 TMB              Law Office of Donald D. Cook.
     RESPONSE TO MOTION TO ALLOW TEMPORARY                     Attorney at Law
     LIFT OF STAY                                              800 Bellevue Way NE, Suite 400
     Page 2 of 2                                               Bellevue, WA  98004
                                                               Tel: (425) 235-26654045  Fax (253) 520-3226