IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

DENALI P. MALLOY, a single woman, )
)
Plaintiff, )
)
v. )
)
)
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES, )
and its COMMISSIONER; and KAREN )
PERDUE; SARAH T. HANSON; and )
KAREN MASON; and MARLENE )
LESLIE, )
)
Defendants. )    CASE NO. 3AN-05-9276 CI
_____ )
STATE OF ALASKA DEPARTMENT )
OF HEALTH AND SOCIAL SERVICES, )
)
Third-Party Plaintiff, )
v. )
)
JAMES C. ELLER JR., )
)
Third-Party Defendant. )
_____ )

**RESPONSE TO NOTICE OF FILING REMOVAL OF CIVIL ACTION**

TO: Clerk of the Trial Courts

Third Judicial District, State of Alaska

Please take notice that on September 29, 2006, plaintiff Denali Malloy, through counsel, filed in the Office of the Clerk of the United States District Court for the District of Alaska, a response to the notice of removal of the above captioned action filed by the defendant State of Alaska Department of Health and Social Services as it pertains to defendant Karen Mason.

MALLOY v. ALASKA Case No. 3 AN 05-9276 Ci
RESPONSE TO NOTICE OF FILING REMOVAL OF
CIVIL ACTION
Page 1 of 2

Law Office of Donald D. Cook.
Attorney at Law
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 235-26654045  Fax (253) 520-3226

**ORIGINAL**

1  Plaintiff, through counsel, does not oppose the defendant's motion to temporarily lift the existing stay.

Dated this 2nd day of October, 2006, at Bellevue, Washington.

Law Office of Donald D. Cook

*Donald D. Cook*
Donald D. Cook, WSBA #21672
Attorneys for Plaintiff

Dated this 6 day of October, 2006, at Anchorage, Alaska.

*Carmen Kay Denny*
Carmen Kay Denny
Attorneys for Plaintiff

This is to certify that on this date, a copy of the
Foregoing is being mailed to: 10/10/06

Dana Burke
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

James Eller
PO Box 202666
Anchorage, AK 99520

---

MALLOY v. ALASKA  Case No. 3 AN 05-9276 Ci
RESPONSE TO NOTICE OF FILING REMOVAL OF
CIVIL ACTION
Page 2 of 2

Law Office of Donald D. Cook.
Attorney at Law
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
Tel: (425) 235-26654045  Fax (253) 520-3226