RECEIVED
OCT 10 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Donald D. Cook
Attorney at Law
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Phone: (425) 235-2665
Carmen Kay Denny
310 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 264-6687

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY, a single woman, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF ALASKA DEPARTMENT )<br>OF HEALTH AND SOCIAL SERVICES, )<br>and its COMMISSIONER; and KAREN )<br>PERDUE; SARAH T. HANSON; and )<br>The SUPERVISOR OF SARAH T. )<br>HANSON; and KAREN MASON; and )<br>MARLENE LESLIE, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 3:06-CV-00052 TMB<br><br>PLAINTIFF'S PROPOSED ORDER GRANTING MOTION TO ALLOW TEMPORARY LIFT OF STAY TO ALLOW REMOVAL OF CLAIMS AGAINST DEFENDANT KAREN MASON IN ALASKA SUPERIOR COURT CASE NO 3AN-059276 CI |

The court, having reviewed defendant Karen Mason's Motion to Allow Temporary Lift of Stay to Allow Removal of Claims Against Defendant Karen Mason in Alaska Superior Court Case No.: 3AN-05-9276 CI, plaintiff's response, and any reply memorandum submitted, orders as follows:

1. The stay entered by this court by order dated May 4, 2006, docket at 16, is lifted temporarily for the sole purpose of allowing the removal of the claims asserted against defendant Karen Mason in Alaska Superior Court Case No.: 3AN-05-9276 CI. Upon completion of the removal process as to Karen Mason, the stay will resume.

MALLOY v. ALASKA  Case No. 3:06-CV-00052 TMB
PLAINTIFF'S PROPOSED ORDER GRANTING
MOTION TO ALLOW TEMPORARY LIFT OF STAY
Page 1 of 2

Law Office of Donald D. Cook.
Attorney at Law
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 235-26654045  Fax (253) 520-3226

ORIGINAL

2. To the extent additional individually named defendants are, in the future, served with the complaint or otherwise joined as parties the Alaska Superior Court case, such individually named defendants may seek removal of the claims against them without having to request additional relief from this court's stay. The court orders that the relief from stay shall apply to all other removal actions, making it unnecessary for further requests to suspend the stay for removal purposes.

3. Upon completion of discovery, plaintiff may add additional appropriate defendants to protest her claims of common law tort and claims brought under 42 USC § 1983.

DATED _____.

  
Timothy M. Burgess
U.S. District Court Judge

This is to certify that on this date, a copy of the foregoing is being mailed to: 10/10/06

Dana Burke
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Hugh Fleischer
310 K. Street, Suite 200
Anchorage, AK 99501

MALLOY v. ALASKA  Case No. 3:06-CV-00052 TMB
PLAINTIFF'S PROPOSED ORDER GRANTING
MOTION TO ALLOW TEMPORARY LIFT OF STAY
Page 2 of 2

Law Office of Donald D. Cook.
Attorney at Law
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 235-26654045  Fax (253) 520-3226