MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*DENALI P. MALLOY V. STATE OF ALASKA, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, and its COMMISSIONER; and KAREN PERDUE; SARAH T. HANSON; and THE SUPERVISOR OF SARAH T. HANSON; and KAREN MASON; AND MARLENE LESLIE*

Case No. 3:06-cv-00052 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Defendant Karen Mason's Motion To Allow Temporary Lift of Stay To Allow Removal of Claims Against Defendant Karen Mason In Alaska Superior Court Case No. 3AN-059276 CI at Docket No. 21 is hereby GRANTED. The stay entered by this court by order dated May 4, 2006, at Docket No. 16, is lifted temporarily for the sole purpose of allowing the removal of the claims asserted against defendant Karen Mason in Alaska Superior Court Case No. 3AN-059276 CI . Upon completion of the removal process, the stay will resume.

**IT IS HEREBY ORDERED:**

Defendant Karen Mason's Motion at Docket No. 21 is hereby GRANTED.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 16, 2006