TALIS J. COLBERG
ATTORNEY GENERAL

Gilman Dana S. Burke
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
Phone:  (907)269-5190
Fax:  (907)258-0760

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI P. MALLOY ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> STATE OF ALASKA DEPARTMENT ) <br> OF HEALTH AND SOCIAL ) <br> SERVICES, and its COMMISSIONER; ) <br> and KAREN PERDUE; SARAH T. ) <br> HANSON; and the SUPERVISOR OF ) <br> SARAH T. HANSON; and KAREN ) <br> MASON; and MARLENE LESLIE, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.  3:06-CV-00052-TMB |

**STIPULATION FOR DISMISSAL, WITH PREJUDICE, OF PLAINTIFF'S
COMPLAINT AGAINST STATE OF ALASKA ET AL.**

The parties, through undersigned counsel, and pursuant to Federal Civil Rule 41(a)(1)(ii), hereby stipulate and agree that all claims asserted against all defendants in this action are dismissed in their entirety, with prejudice, each side to bear its own costs and attorney

fees.

DATED this 10th day of April, 2007, at Anchorage, Alaska.

        TALIS J. COLBERG
        ATTORNEY GENERAL

By:   s/ Gilman Dana S. Burke
       Assistant Attorney General
       Office of the Attorney General
       1031 W. 4th Ave., Ste. 200
       Anchorage, AK 99501
       Phone: (907) 269-5190
       Fax:   (907) 258-0760
       Dana_Burke@law.state.ak.us
       TWC_ECF@law.state.ak.us
       ABA No. 9011085

DATED this 10th day of April, 2007, at Anchorage, Alaska.

By:   s/ Carmen Kay Denny (consent)
       Attorney for Plaintiff
       310 K Street, Suite 200
       Anchorage, AK  99501
       Phone: (907) 264-6687
       Fax: (907) 258-2250
       ABA No. 0211042

DATED this 10th day of April, 2007, at Anchorage, Alaska.

By:   s/Donald D. Cook (consent)
       Attorney for Plaintiff
       800 Bellevue Way NE, Suite 400
       Bellevue, WA  98004
       Phone: (425) 235-2665
       Fax: (425) 227-8091

Stipulation for Dismissal with Prejudice
*Malloy v. State, et al.*
3:06-cv-00052-TMB
Page 2 of 3

DATED this 10th day of April, 2007, at Anchorage, Alaska.

        LAW OFFICE OF HUGH FLEISCHER

By:   s/ Hugh Fleischer (consent)
       Attorney for Plaintiff
       310 K Street, Suite 200
       Anchorage, AK 99501
       Phone: (907) 264-6635
       Fax: (907) 264-6602

This is to certify that on this date, a copy of the foregoing Stipulation for Dismissal is served as indicated below to:

Carmen Kay Denny (via U.S. Mail)
310 K Street, Suite 200
Anchorage, AK  99501

Donald D. Cook (via U.S. Mail)
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004

Hugh Fleischer (Via ECF)
310 K Street, Suite 200
Anchorage, AK 99501

s/ Gilman Dana S. Burke 4/10/07

Stipulation for Dismissal with Prejudice
*Malloy v. State, et al.*
3:06-cv-00052-TMB
Page 3 of 3